B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Shumway, Andrew C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): xxx-xx-2582 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 3440 N. Goldenrod Road, Apt. 427 Winter Park, FL                    ZIP CODE 32792 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP CODE |
| County of Residence or of the Principal Place of Business: Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)

☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☐ Full Filing Fee attached.

☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☑ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED ORLANDO DIVISION
U.S. BANKRUPTCY
MIDDLE DIST OF
FLORIDA
2010 APR -5 AM 8:31

40348
$80.00

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | Shumway, Andrew C. |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s)** <br> Shumway, Andrew C. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

**(407) 486-1186**
Telephone Number (if not represented by attorney)
**03/25/2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

In re Shumway, Andrew C.                  Case No._____
           Debtor                                                     (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 03/25/2010 _____

Alexander S. Douglas, II Esq.
Pohl & Short
280 W. Canton Ave., Suite 410
Winter Park, FL 32789

Allianceone, Inc.
4850 E. Street Rd, Suite 300
Trevose, PA 19053

Allied International
254 W. 31 St., 11th floor
New York, NY 10001

AMSCOT Financial Corp
600 West Shore Blvd, Ste 1200
Tampa, FL 33609-1117

American Collection Systems
PO Box 29117
Columbus, OH 43229-0117

American Collection Systems
PO Box 1968
Southgate, MI 48195-0968

American Collection Systems
Attn. R. Hartley
2500 Corporate Exchange Dr.
Columbus, Ohio 43231-3508

American General Finance
1544 S. French Avenue
Sanford, FL 32771-3307

Andrew C. Shumway
3440 N. Goldenrod Rd, # 427
Winter Park, FL 32792

Appalachian Community Bank
109 Blue Ridge Drive
McCaysville, GA 30555

Appalachian Community Bank
a/k/a Gilmer Bank
PO Box 10
109 Blue Ridge Drive
McCaysville, GA 30555

Appalachian Community Bank
c/o Bret T. Thrasher, Esq.
Thompson, O'Brien, Et. Al., PC
40 Technology Prkwy S., # 300
Norcross, GA 30092

APW Real Estate Development
2266 Three Rivers Drive
Orlando, FL 32828

Arkansas District Office
2120 Riverfront Dr., Suite 2
Little Rock, AR 72202

Associated Credit Services
105B S. Street
PO Box 9100
Hopkinton, MA 01748-9100

AT&T Mobility c/o
Nationwide Recovery System
2304 Tarpley Drive, #134
Carrollton, TX 75006

ATT Services, Inc. N
1025 Lennox Park Blvd., 9B43
Atlanta, GA 30319

Avalon Park Property
Owners Association, Inc.
c/o Leland Management
6972 Lake Glorida Blvd.
Orlando, FL 32809

Avalon Park Property Owners
6972 Lake Gloria Blvd.
Orlando, FL 32809-3200

Avia Capital Partners, LLC
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828

Avia Management, LLC
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828

Avia Management, LLC
c/o Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828

BAC Home Loan Services
450 American Way
Simi Valley, CA 93065

BAC Home Lns LP/Ctrywde
450 American Street
Simi Vallehy, CA 93065-6285

Baker Hostetler, LLP
Suntrust Center, Suite 2300
200 S. Orange Avenue
PO Box 112
Orlando, FL 32802-0112

Baldwin Accounting, CPA
5728 Major Boulevard, #501
Orlando, FL 32819

Bank of America
450 American Street
Simi Valley, CA 93065-6285

Bank of America
BAC Home Loans Servicing, LP
PO Box 660833
Dallas, TX 75266-0833

Bank of America
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
275 S. Valencia
Brea, CA 92823

Bank of America
PO Box 1598
Norfolk, VA 23501

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America
1825 E. Buckeye Rd.
Phoenix, AZ 85034

Bank of America
9000 Southside Blvd., Bldg 300
Jacksonville, FL 32256

Bank of America
201 N. Tryon St.
Charlotte, NC 28201

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank of America
4060 Ogletown Stan
Newark, DE 19713

Bank of America Home Loan
via Countrywide
1515 Walnut Grove, Rm 162
Rosemead, CA 91770

Barry Kalmanson, Esq.
500 N. Maitland Ave., Suite 305
Maitland, FL 32751

BB&T
PO Box 2067
Greenville, SC 29602-2027

BB&T
PO Box 2306
Wilson, NC 27894

BB&T
223 West Nash Street
Wilson, NC 27893

BB&T of Tennessee
Business Loan Center
PO Box 530003
Charlotte, NC 28258-0003

BB&T Mortgage
PO Box 2167
Greenville, SC 29602-2167

BB&T  Mortgage Repairing
PO Box 2027
Greenville, SC 29602-2027

BB&T
PO Box 2306
Wilson, NC 27894

BB&T
PO Box 1626
Wilson, NC 27894-1626

Branch BB&T
223 West Nash Street
Wilson, NC 27893

BB&T
PO Box 698
Wilson, NC 27894-0698

Beverly Nairn
c/o Worldwide Capital Mortgage
1855 W. SR 434, Suite 267
Longwood, FL 32750

Blue Ridge Georgia
Capital Partners, LLC
c/o Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828

Brent & Angela Baldasare
2806 Northampton Avenue
Orlando, FL 32828

Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828

Bright House Networks
4000 Central Florida Blvd.
Bldg. 132, Space D
Orlando, FL 32816

BSCT Holdings, LLC
Attn. Raul Sacarras
3708 S. Conway Road
Orlando, FL 32812

Build-It Construction, Inc.
2266 Three Rivers Drive
Orlando, FL 32828

CBE Group Inc.
131 Tower Park Dr., Ste 100
Waterloo, IA 50701

Cahours Brothers
c/o Richard Bergholtz, Esq.
3747 Lake Center Drive
Mt. Dora, FL 32757

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

CBUSA/Sears
701 E. 60th St. North
PO Box 6241
Sioux Falls, SD 57117

CCB Credit Services
1045 Outer Park Drive
Springfield, IL 62704

Cach, LLC
4340 S. Monaco St.
Denver, CO 80237

CBC/Trustco Bank
320 State St.
Schenectady, NY 12305

Cemex Construction Materials
Attn. Danielle Belcher
3626 Quadrangle Blvd, Ste 200
Orlando, FL 32817

Central Florida Pubs, LLC
d/b/a Firkins Group of Pubs
12850 Waterford Lakes Prkwy
Orlando, FL 32828

CFP at UCF, LLC
d/b/a The Firkin & Knight
12850 Waterford Lakes
Parkway Suite 10
Orlando, FL 32828

CFP at UCF, LLC
d/b/a The Firkin & Knight
c/o Paul Flesh
2266 Three Rivers Drive
Orlando, FL 32828

CFP at Waterford, LLC
d/b/a The Firkin & Kegler
12850 Waterford Lakes
Parkway, Suite 10
Orlando, FL 32828

Charlton Stoner, PA
500 S. Pointe Dr., Suite 230
Miami Beach, Fl 33139

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase
11200 W. Parkland Avenue
PO Box 3139
Milwaukee, WI 53201-3139

Chase-BP Private Label
800 Brooksedge Blvd.
Westerville, OH 43081

Chase - BP
PO Box 15298
Wilmington, DE 19850

Chase
Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548

Choice Data
1014 Heiskell Avenue
Knoxville, TN 37921-1932

Citicards CBSDNA
PO Box 6500
c/o Citicorp
Sioux Falls, SD 57117-6500

Citi
PO Box 44195
Jacksonville, FL 32231

Citi
PO Box 6500
Sioux Falls, SD 57117

Citi
PO Box 6077
Sioux Falls, SD 57117-6077

Citicards/Citibank
PO Box 6241
Sioux Falls, SD 57117

Citibank CBSD NA
701 E. 60th St. N.
Sioux Falls, SD 57104

Citicorp Credit Services
PO Box 6142
Sioux Falls, SD 57117

Citizens Auto Finance
480 Jefferson Blvd.
Warwick, RI 02886-1359

Citizens Bank
1 Citizens Drive
Riversdale, RI 02915-3019

City Electric Supply
c/o Lewis W. Stone, Esq.
4850 N. Hwy. 19A
Mt. Dora, FL 32757

Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Client Services, Inc.
re: BP Amoco
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Client Services
re: Sears/ Citi
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Client Services, Inc.
re: Citibank MC
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Client Services, Inc.
re: Macy's/Dept. Stores
National Bank
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Client Services, Inc./Citicards
re: Macy's/Dept. Stores
National Bank
PO Box 1503
St. Peters, MO 63376-0027

Clifford J. Geismar
Crealde Executive Center
2431 Aloma Ave., Suite 114
Winter Park, FL 32792

City of Clermont
PO Box 120890
Clermont, FL 34712-0890

Collect America via Cach, LLC
4340 S. Monaco St.
Denver, CO 80237

Concord Funding Group
57 Watermark Drive
Tiverton, RI 02878

Countrywide/BAC
c/o Law Offices
of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

Craig Buschbom
2805 Northampton Avenue
Orlando, FL 32828

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912

Creditors Financial
3131 S. Vaughn Way, Suite 12
Aurora, CO 80014

CA/D. Michael Dendy, APLC
4340 S. Monaco St.
Denver, CO 80237

Daniel Saile & Patricia Spinelli
2452 Bancroft Blvd. C39
Orlando, FL 32828

Daniel Saile
2452 Bancroft Blvd. C39
Orlando, FL 32828

David Edmundson
623 Carey Way
Orlando, FL 32825

David D. Howes
2114 The Oaks Blvd.
Kissimmee, FL 34746

Dennis Rakaukas
9904 Montclair Circle
Apopka, FL 32703

Dillard's
PO Box 981469
El Paso, TX 79998-1469

DSNB/Macy's
9111 Duke Blvd.
Mason, OH 45040

Edgewood Estates, LLC
c/o Brent & Angela Baldasare
2806 Northampton Avenue
Orlando, FL 32828

Emerge/FNBO/CCRT
5 Concourse Pkwy, Ste. 400
Atlanta, GA 30328

Emerge
PO Box 105555
Atlanta, GA 30348

Encore Receivable
Management
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3330

Enhanced Recovery System
8014 Bayberry Road
Jacksonville, FL 32256

Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256

Equifax Mortgage Services
1100 Peachtree St.
NE Ste.
Atlanta, GA 30309

Equifax Mortgage Services
6 E. Clementon Rd., Suite A-2
Gibbsboro, NJ 08026

Equity Auto Financing, Inc.
Attn. Lauren Wright
2718 W. Oakland Park Blvd.
Ft. Lauderdale, FL 33311

Equity Residental P
6404 International Parkway
Suite 1500
Plano, TX 75093

Eric Janowitz
2974 Sweet Spire Circle
Oviedo, FL 32766

Eric Lerner
1405 - D Hiawassee Rd.
Orlando, FL 32835

Experian Business Credit
600 City Parkway W. Suite 800
Orange, CA 92868

EXPO/ CBSD
PO Box 6497
Sioux Falls, SD 57117

EXPO - THD Consmr /CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Factact Free Disclosure
PO Box 1000
Chester, PA 19022

Fair Collect
12304 Baltimore Ave., Suite E
Beltsville, MD 20705

Fair Collections & Outsourcing
12304 Baltimore Ave., Ste E
Beltsville, MD 20705

FDIC
f/k/a OMNI Bank
Attn. Cole Kirk
Six Concourse Prkwy, # 2330
Atlanta, GA 30328

FIA CSNA
400 Christina Rd., # MS70
Newark, DE 19713

Fifth Third Bank/BAC
c/o Law Offices of
Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

First USA
800 Brooksedge Blvd.
Westerville, OH 43081

Florida Bank of Commerce
c/o John M. Brennan
PO Box 3068
Orlando, FL

Florida Bank of Commerce
c/o Maureen A. Vitucci
PO Box 3068
Orlando, FL

Florida Bank of Commerce
c/o Craig E. Polejes
105 E. Robinson St., Ste 303
Orlando, FL 32802

Florida Bank of Commerce
1999 West Colonial Drive
Orlando, FL 32804

Florida Bank of Commerce
John Brennan/Maureen Vitucci
Gray Robinson, PA
301 E. Pine St., Suite 1400
PO Box 3068
Orlando, FL 32802

Frank M. Wolff
Wolff, Hill, McFarlin/Herron, PA
1851 West Colonial Drive
Orlando, FL 32804

Firkin Group of Pubs
Gavin Neumann
Corporate Kitchen Consultant
20 Steelcase Rd.
W. Unit 1C
Markham, ON L3R1B2

GC Services Limited
Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

GC Services Limited
Partnership
Collection Agency Division
PO Box 26999
San Diego, CA 92196

G C Services
4777 Hilton Corp. Dr.
Columbus, OH 43147

G C Services
16 Concord St.
El Paso, TX 79906

G C Services
725 Tollgate Road
Suite E
Elgin, IL 60123

GE  Capital / Dillard's
PO Box 981471
El Paso, TX 79998

GEMB/GE Money Bank Low
PO Box 103065
Roswell, GA 30076

GEMB / Funancing
PO Box 6153
Rapid City, SD 57709-6153

GEMB / Financing
PO Box 6153
Rapid City, SD 57709-6153

GEMB
PO Box 276
Dayton, OH 45401-0276

GEMB/Dillard's
PO Box 981469
El Paso, TX 79998-1469

GEMB/Lowes
PO Box 981400
El Paso, TX 79998

Global Credit Collection
300 I-Drive, Suite 100
PMB 10015
Buffalo, NY 14221

GMAC
PO Box 105677
Atlanta, GA 30348

GMAC
PO Box 380902
Bloomington, MN 55438

Lisa A. Oonk, Esq. counsel for
H and H Stucco & Stone, Inc.
5201 W. Kennedy Blvd, Ste 450
Tampa, FL 33609

H and H Stucco & Stone, Inc.
c/o Brian D. Solomon, PL
101 E. 13 Street
Saint Cloud, FL 34769

Hartford South, LLC
Attn. Jay Rintelmann
7326 Orange Avenue
Orlando, FL 32809

Hartford South, LLC
PO Box 593515
Orlando, FL 32859-3515

Hartford South, LLC
c/o B. McDowell, Esq.
Holland & Knight
200 S. Orange Ave, Ste 2600
Orlando, FL 32801-3461

HB Funding Inc.
7512 Dr. Phillips Blvd, Ste 50
Orlando, FL 32819

Hinsdale Bank & Trust
25 E. 1st Street
Hinsdale, IL 60521-7825

Home Depot Credit Card
Services
PO Box 689100
Des Moines, IA 50368-9100

Home Depot Credit Card Srvs.
Ccs Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Home Depot Credit Card Srvs.
PO Box 6925
The Lakes, NV 88901-6925

I. C. System, Inc.
444 Hwy. 96 East
PO Box 64887
St. Paul, MN 55164-0887

I.C. System, Inc.
444 Hwy. 96 East
PO Box 64886
St. Paul, MN 55164-0886

I.C. System Inc.
PO Box 64378
St. Paul, MN 55164

JP Morgan Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Interstruct, Inc.
Attn. Richard Monroe
121 S. Orange Ave, Ste 820N
Orlando, FL 32801

Interstruct, Inc.
Attn. Ryan Young
121 S. Orange Ave, Ste 820N
Orlando, FL 32801

J. W. Stephens
3387 E. 1st St.
Blue Ridge, GA 30513

Jackie D. Haun
3828 Lake Pickett Court
Orlando, FL 32820

Jim's Plumbing & Irrigation
6915 Partridge Lane
Orlando, FL 32807

John Alexandrou
3925 Peppervine Drive
Orlando, FL 32828

Jonathan & Arlene Noble
2500 Milvia Street, Suite 218
Berkeley, CA 94704

Kenneth McKinney
10355 Stone Glen Drive
Orlando, FL 32825

Kohl's / Chase
PO Box 3115
Milwaukee, WI 53201-3115

Kohl's /Chase
N56W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051-5660

Kohl's Corporate Offices
PO Box 2983
Milwaukee, WI 53201-2983

Kohls
PO Box 3004
Milwaukee, WI 53201-3004

Kroll Factual Data/New Carlisl
5200 Hahns Peak Dr.
Federal Savings
Loveland, CO 80538-8852

Leasing Innovations, Inc.
437 S. Hwy 101, Suite 104
Solana Beach, CA 9275

Law Offices of
McCalla Raymer, LLC
1544 Old Ababama Road
Roswell, GA 30076

Leasing Innovations, Inc.
87 Summer Street, 4th Flr
Boston, MA 02110

Leasing Innovations, Inc.
c/o Kenneth Rubinstein, Esq.
Nelson, Kinder, et al, PC
99 Middle Street
Manchester, NH 03101

Leon & Corina Sacco
2438 River Rise Court
Orlando, FL 32828

Leon and Corina Sacco
2438 River Rise Court
Orlando, FL 32828

Lewis W. Stone, Esq.
counsel for City Electric Supply
4850 N. Hwy 19A
Mt. Dora, FL 32757

Linda D. Azwell
15600 SW 36 St.
Ocala, FL 34481

LTD Financial Services LP
7322 Southwest Fwy, Ste 1
Houston, TX 77074

LTD Financial Services LP
7322 S.W. Freeway, Ste 1600
Houston, TX 77074

Macy's/DSNB
9111 Duke Blvd.
Mason, OH 45040

Macy's / FDSB
9111 Duke Blvd.
Mason, OH 45040

Macy's
13141 34th Street North
Clearwater, FL 34622

Matthew Hand
2288 Holly Pine Circle
Orlando, FL 32820

Matthew C. Westheimer
8515 W. McNab Road
Ft. Lauderdale, FL 33321

MCM
Dept. 12421
PO Box 603
Oaks, PA 19456

Midland Credit Management
8875 Aero Drive, Suite 200
San Diego, CA 92123

Midland Credit Management
8875 Aero Drive, Suite 2
San Diego, CA 92123

Mountain Tracks Developing &
Building, LLC
c/o J. W. Stephens, RA
3387 E. 1st St.
Blue Ridge, GA 30513

Nationwide Recovery System
2304 Tarpley Rd., Ste. 134
Carrollton, TX 75006-2467

Nature's Estates Resort & Spa
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828

NCO Financial Services
205 Prudential Road
Horsham, PA 19044

NCO Financial Services
PO Box 15630, Dept. 72
Wilmington, DE 19850

Nelsen, Kinder et al
2 Oliver Street
Boston, Mass 02110

NES - National Enterprise
System
29125 Solon Rd.
Solon, OH 44139

North American Credit Service
PO Box 18221
2810 Walker Rd.
Chattanooga, TN 37421-1082

Northland Group
7831 Glenroy Road, Suite 145
Edina, MN 55439

Northland Funding Gr
via Platinum Credit Financing
100 Broad Hollow Rd.,Ste 100
Farmingdale, NY 11735

Ocala Equine Hospital
10855 NW US Hwy 27
Ocala, FL 34482

Omni National Bank
via Equifax Mortgage Service
6 E. Clementon Rd., Suite A2
Gibbsboro, NJ 08026

OUC
PO Box 3193
Orlando, FL 32802

Our Father's Properties, LLC
1705 E. Hwy. 50
Clermont, FL 34711

Oxford Management Service
135 Maxess Rd.
Melville, NY 11747

Paul and Vanessa Flesh
2266 Three Rivers Drive
Orlando, FL 32828

Paul W. Flesh
2266 Three Rivers Drive
Orlando, FL 32828

Paul C. Sorchy, II
1705 E. Hwy. 50, Suite B
Clermont, FL 34711-5186

Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988

Pinnacle Financial Group
7825 Washington Ave S, # 310
Minneapolis, MN 55439-2409

Pinnacle Financial Group
Dept. 673, PO Box 4115
Concord, CA 94524

Platinum Credit Services
100 Broad Hollow Rd, Suite 1
Farmingdale, NY 11735

Prime Rate/BB&T
223 W. Nash Street
Wilson, NC 27893

Robert W. Banks c/o
R.W. Banks Real Estate Inc.
3022 Lakewood Lane
Hollywood, FL 33021

Richard S. Bergholtz, Esq.
counsel for Cahours Bros.
3747 Lake Center Drive
Mt. Dora, FL 32757

Ryan E. Davis, Esq.
counsel for Swell Construction
PO Box 1391
Orlando, FL 32802

Sallie Mae
11100 USA Pkwy.
Fishers, IN 46037-9203

Sallie Mae LSCF
1002 Arthur Drive
Lynnhaven, FL 32444-1i683

Samuel T. Li
832 Monte Rosa Lane
Manteca, CA 95337

SBA
409 3rd St. SW
Washington, DC 20416

Scott. T. Frazier
Terry & Frazier, PA
125 E. Jefferson Street
Orlando, FL 32801

Sears
PO Box 6283
Sioux Falls, SD 57117-6283

Sears/Citibank
PO Box 6189
Sioux Falls, SD 57117

Sears
c/o Citi
PO Box 6286
Sioux Falls, SD 57117

Sears/CBSD
701 E. 60th St. N
PO Box 6241
Sioux Falls, SD 57117

Sears/ CBSD
133200 Smith Road
Cleveland, OH 44130

Shmuel Goshen
749 De Soto Drive
Palo Alto, CA 94303-2807

Sunrise Credit Services
260 Airport Plaza Blvd.
Farmingdale, NY 11735

Suntrust Bank
CFG Collection Dept.
1001 Semmes Avenue
Richmond, VA 23224

Suntrust Bank
PO Box 85052
Richmond, VA 23285

Suntrust Banks of Florida, Inc.
200 S. Orange Avenue
Orlando, FL 32801-3410

Suntrust Bank
c/o Corporate Creations
Network, Inc., 11380
Prosperity Farms Rd, # 221E
Palm Bch Gardens, FL 33410

Susan M. Collins
4124 Pebblebrook Ct.
Orlando, FL 32820

Swell Construction
c/o Ryan E. Davis, Esq.
PO Box 1391
Orlando, FL 32802

THD/CBSD
PO Box 6497
Sioux Falls, SD 57117

Tek-Collect Inc.
PO Box 1269
Columbus, OH 43216

The Dye Law Firm
236 East 5th Avenue
PO Box 4148
Tallahassee, FL 32315

The Home Depot / CBSD
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Thompson, O'Brien Kemp &
Nasuti
40 Technology Prkwy S., # 300
Norcross, GA 30092

Titanium Solutions, Inc.
5225 W. Wiley Post Way, # 150
Salt Lake City, UT 84116

Todd M. Hoepker, PA
111 N. Orange Ave., Ste 1440
PO Box 3311
Orlando, FL 32802-3311

Tri Tech Air Conditioning
Attn. Barry Kalmanson, Esq.
500 N. Maitland Ave., Ste 305
Maitland, FL 32751

Trustco Bank
c/o Jeffry Jontz, Esq.
Swann & Hadley, PA
PO Box 1961
Winter Park, FL 32790

Trustco Bank
Attn. George Wickswat
3 Sarnowski Drive
Schenectady, NY 12302

UCF Convocation Corporation
UCF Convocation Center,
Building 50
N. Gemini Blvd.
Orlando, FL 32816

UCF Convocation Corporation
UCF Convocation Center
c/o Richard E. Mitchell, Esq.
Gray Robinson, PA
301 E. Pine St., Suite 1400
PO Box 3068
Orlando, FL 32802

United Recovery Systems
5800 N. Course Drive
Houston, TX 77072

United Recovery Systems
NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

US Bank National Association
c/o Law Offices of
Daneil C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

US Bank National Association
as trustee for Bear Steams
ARM Trust Mortgage
Pass-through Certificates,
Series 2004-7

c/o Law Offices of
Daneil C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

Vanessa C. Flesh
2266 Three Rivers Drive
Orlando, FL 32828

Wachovia Bank, NA
450 American Street SV
Simi Valley, CA 93065

Waterford Lakes Capital
Partners
12850 Waterford Lakes Pkwy.
Orlando, FL 32828

Wells Fargo Bank, NA
800 Walnut Street
MAC F4031-061
Des Moines, IA 50309

Wells Fargo Financial
MAC #F4031-080R
800 Walnut St.
Des Moines, IA 50309

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309

Wells Fargo Financial, Inc.
4143 121st St.
Urbandale, Iowa 50323

Wells Fargo Financial
2501 Seaport Dr., Suite BH-300
Chester, PA 19013-1510

Wells Fargo Fin. National Bank
Central Processing
PO Box 7510
Urbandale, IA 50323

Wells Fargo Financial
206 8th Street
Des Moines, IA 50309-3805

Wells Fargo Financial
3310 N. Hayden Rd., Ste 107
Scottsdale, AZ 85251-6647

Wells Fargo Fin. America, Inc.
c/o Corporation Service
Company
1201 Hays Street
Tallahassee, FL 32301

Weltman, Weinberg & Reis
965 Keynote Circle
Independence, OH 44131

Whitney & Patricia Harp
2589 Corbyton Court
Orlando, FL 32828

Whitney Harp
2589 Corbyton Court
Orlando, FL 32828

Woodbury LLC
3440 N. Goldenrod Rd., #427
Winter Park, FL 32792

WFCB/Blair
PO Box 29239
Shawnee Mission, KS 66201

WFNNB/American Signature
PO Box 18273
Columbus, OH 43218

World Financial Network
National Bank Recovery
PO Box 182125
Columbus, OH 43218-9704

World Financial Network
National Bank Recovery
PO Box 182124
Columbus, OH 43218-2124

WFNNB/American Signature
4590 E. Broad Street
Columbus, OH 43213

WFFINANCE
800 Walnut St.
Des Moines, IA 50309

WFNNB-WFCB/Alliance Data
4590 E. Broad St.
Columbus, OH 43213

WLTMN, WNBRG
965 Keynote Circle
Independence, OH 44131

WT Electrical Contractor, Inc.
Attn. Wilson Tabares
1990 S. Chickasaw Trail
Orlando, FL

Zakheim and Associates
1045 S. University Dr., Ste 202
Plantation, FL 33324

# United States Bankruptcy Court

## Middle District of Florida

In re  Shumway, Andrew C. _____,  Case No. _____

_____ Debtor

Chapter  7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 350,000.00 | | |
| B - Personal Property | Yes | 4 | $ 11,839.85 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $ 1,309,136.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 4,719.88 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | $ 32,992,826.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 67 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,972.10 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 5,535.00 |
| TOTAL | | 133 | $ 361,839.85 | $ 34,306,682.01 | |

# United States Bankruptcy Court

In re _Shumway, Andrew C._____,          Case No. _____
                   Debtor

                                            Chapter _7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $      - |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | - | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re  Shumway, Andrew C.  ,                          Case No. _____
_____
Debtor                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 14155 Popcorn Tree Crt Orlando, FL 32828  AVALON PARK VILLAGE 4 53/66 LOT 270 | Homestead Fee Simple | | 350,000.00 | $689,553.00 |
| | | Total➤ | 350,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Shumway, Andrew C. _____,     Case No. _____
        Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | | 37.85 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | Chase Checking Acct. | | 50.00 |
| 3 Security deposits with public utilities, telephone companies, landlords, and others. | | $600 Apartment Rental Deposit and $150 Utility Deposit | | 750.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings as listed on Exhibit Attacthed to Schedule B | | 875.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | | Antique Spining Wheel, 50 VHS Videos | | 200.00 |
| 6. Wearing apparel. | | Assorted Clothing | | 100.00 |
| 7 Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each | | | | |
| 10. Annuities. Itemize and name each issuer | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re **Shumway, Andrew C.** _____ ,                     Case No. _____
                      . **Debtor**                                                                      **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize | | Stock and Interest in Businesses as listed on exhibit attached to schedule B | | |
| 14. Interests in partnerships or joint ventures. Itemize | X | , | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16 Accounts receivable. | X | | | |
| 17 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |

## SCHEDULE B - QUESTION NO. 4
## HOUSEHOLD GOODS AND FURNISHINGS
## INCLUDING AUDIO, VIDEO AND COMPUTER EQUIPMENT

| NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Living Room set | $ 100.00 |
| 1 | Breakfast Table & Chairs | $ 100.00 |
| 1 | Bedroom Set | $ 100.00 |
| 1 | Patio Set | $ 100.00 |
| 1 | Flat Screen TV | $ 100.00 |
| 1 | DVD/VCR Player | $ 25.00 |
| 1 | TV Stand | $ 25.00 |
| 1 | Laptop Computer | $ 175.00 |
| 1 | Cabinet | $ 100.00 |
| 1 | Misc. Tools | $ 25.00 |
| 1 | Misc. Nic-Nacs | $ 25.00 |
| | TOTAL | $ 875.00 |

## SCHEDULE B - QUESTION NO. 13
## STOCK AND INTERESTS IN INCORPORATED
## AND UNINCORPORATED BUSINESSES. ITEMIZE

| OWNERSHIP | DESCRIPTION | AMOUNT |
|---|---|---|
| 25% | Member in Avia Management, LLC | Unknown |
| 20% | Member in Nature's Estates Resort, LLC | Unknown |
| 16.67% | Member in Resort & Spa Investments, LLC | Unknown |
| 20% | Member in Woodbury, LLC | Unknown |
| 20% | Member in Central Florida Pubs, LLC | Unknown |
| 33.33% | Member in Woodbury Capital Partners, LLC | Unknown |
| 20% | Member in Blue Ridge GA Capital Partners, LLC | Unknown |
| 25% | Member in Avia Capital Partners, LLC | Unknown |
| 20% | Member in Waterford Lakes Capital Partners, LLC | Unknown |
| 18% | Member in CFP at Waterford, LLC | Unknown |
| 33.33% | Stockholder in APW Real Estate Development, Inc | Unknown |
| 33.33% | Stockholder in Build It Construction, Inc, a defunct corporation | Unknown |
| | | |
| 20% | Member in CFP at UCF, LLC | Unknown |
| | TOTAL | $ - |

In re  Shumway, Andrew C.                                      ,          Case No. _____
                    Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general untangibles  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Caliber, VIN: 1B3HB28B28D630333 | | 8,500.00 |
| 26  Boats, motors, and accessories | X | | | |
| 27  Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30  Inventory. | X | | | |
| 31. Animals | 1 | Pet Dog | | 0.00 |
| 32. Crops - growing or harvested. Give particulars | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34  Farm supplies, chemicals, and feed | X | | | |
| 35  Other personal property of any kind not already listed.  Itemize | X | | | |

                                               __2__ continuation sheets attached   Total▶  | $ | 11,839.85

                                               (Include amounts from any continuation
                                               sheets attached   Report total also on
                                               Summary of Schedules )

B 6C (Official Form 6C) (04/10)

In re  Shumway, Andrew C. _____,                    Case No. _____
                Debtor                                                           (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                           $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 14155 Popcorn Tree Crt Orlando, FL 32828 | FL Const. art. X, section 4(a)(1); | 350,000.00 | 350,000.00 |
| Avalon Park Village 4 53/66 Lot 270 | Fla. State. Ann. Sections 222.01, 222.02, 222.05 | | |
| Cash on Hand | Fla. State. Ann. Section 222.11(2)(b) | 37.85 | 37.85 |
| Chase Checking Accounts | Fla. State. Ann. Section 222.11(2)(b) | 50.00 | 50.00 |
| Rental and Utility Deposits | FL Const. art. X, section 4(a)(2); | 750.00 | 750.00 |
| Household Goods and Furnishings | FL Const. art. X, section 4(a)(2); | 150.00 | 875.00 |
| Wearing Apparel | FL Const. art. X, section 4(a)(2); | 100.00 | 100.00 |
| 2008 Dodge Caliber, VIN: 1B3HB28B28D630333 | FL Const. art. X, section 4(a)(2); | 1,000.00 | 8,500.00 |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Shumway, Andrew C.                    ,     Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 46833420 <br><br> Bank of America/Ctrywde <br> 450 American Street <br> Simi Valley, CA 93065 | | | Homestead Mortgage - 14155 Popcorn Tree Crt. Orando, FL 32828 <br><br> VALUE $ 350,000.00 | | | | 420,000.00 | 70,000.00 |
| ACCOUNT NO. <br><br> Bank of America <br> BAC Home Lns Srvcng, LP <br> PO Box 660833 <br> Dallas, TX 75266-0833 | | | Representing Bank of America <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Bank of America <br> Customer Service, PO Box 5170, Simi Valley, CA 93062-5170 | | | Representing Bank of America <br><br> VALUE $ | | | | | |

<u>5</u>  continuation sheets attached

Subtotal ▶
(Total of this page)

$ 420,000.00 | $ 70,000.00

Total ▶
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,          Case No. _____
          **Debtor**                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Representing Bank of America | | | | | |
| Bank of America H.L. Home Loan/Cntrywde 1515 Wanut Grove Rosemead, CA 91770 | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | Representing Bank of America c/o Law Offices of Daniel C. Consuegra | | | | | |
| Countrywide/BAC 9204 King Palm Drive Tampa, FL 33619-1328 | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | Representing Bank of America c/o Law Offices of Daniel C. Consuegra | | | | | |
| US Bank National Association 9204 King Palm Drive Tampa, FL 33619-132 | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | Representing Bear Stearns Pass-Thru Certificates, Series 2004-7/Bnk of Amer | | | | | |
| US Bank Nat. Assoc. ARM Trust Mortgage 9204 King Palm Drive Tampa, FL 33619-132 | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | HELOC - 14155 Popcorn Tree Court Orlando, FL 32828 | | | | 269,553.00 | 269,553.00 |
| #21508971200007500 Suntrust Bank PO Box 85052 Richmond, VA 23285 | | | VALUE $ | | | | | |

Sheet no.__2__of__5__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► (Total(s) of this page)

| $ 269,553.00 | $ 269,553.00 |
|---|---|

Total(s) ► (Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

In re  Shumway, Andrew C.                    ,     Case No. _____
                  Debtor                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Suntrust Bank <br> CFG Collection Dept. <br> 1001 Semmes Ave. <br> Richmond, VA 23224 | | | Representing <br> Suntrust Bank <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Suntrust Banks of FL <br> 200 S. Orange Ave. <br> Orlando, FL <br> 32801-3410 | | | Representing <br> Suntrust Bank <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> Suntrust Banks of FL <br> 11380 Prosperity <br> Farms Rd. #221E <br> Palm B.G., FL 33410 | | | Representing <br> Suntrust Bank c/o <br> Corp. Creations <br> Network, Inc. <br> VALUE $ | | | | | |
| ACCOUNT NO. xxxx1300 <br><br> Acct. 9336922101300 <br> Prime Rate / BB&T <br> 223 W. Nash Street <br> Wilson, NC 27893 | | | Mortgage - 330 <br> Green Valley, Drive <br> Mineral Bluff, GA <br> 30513 <br> VALUE $ 200,000.00 | | | | 415,000.00 | 215,000.00 |
| ACCOUNT NO. xxxx4268 <br><br> Bank of America <br> 4161 Piedmont Prkwy <br> Greensboro, NC <br> 27410-8110 | | | Boat Loan 2003 <br> Seadoo Islandia <br> #59101000164268 <br> VALUE $ 18,000.00 | | | | 27,230.00 | 9,230.00 |

Sheet no __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ►
(Total(s) of this page)

| $ 442,230.00 | $ 224,230.00 |
|---|---|

Total(s) ►
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.              ,    Case No. _____
            **Debtor**                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx9113 <br><br> GMAC <br> PO Box 380902 <br> Bloomington, MN 55438 | | | Auto Loan: <br> 2005 Hummer H3 <br><br> Acct. 29908089113 <br> VALUE $  16,000.00 | | | | 31,287.00 | 15,287.00 |
| ACCOUNT NO. <br><br> GMAC <br> PO Box 105677 <br> Atlanta, GA 30348 | | | Representing <br> GMAC <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. xxxx0001 <br><br> Hinsdale Bank & Trust <br> 25 E. 1st Street <br> Hinsdale, IL 60521-7825 | | | Auto Loan: <br> 2008 Lotus Exige <br><br> # 27087294100001 <br> VALUE $  41,000.00 | | | | 68,841.00 | 27,841.00 |
| ACCOUNT NO. xxxx1001 <br><br> Acct 91621538001001 <br> BB&T <br> PO Box 2306 <br> Wilson, NC 27894 | | | Auto Loan: <br> 2008 Jeep Patriot <br><br><br> VALUE $  11,600.00 | | | | 22,225.00 | 10,625.00 |
| ACCOUNT NO. xxx48859 <br><br> Citizens Auto Finance <br> PO Box 42002 <br> Providence, RI 02940-42002 | | | Auto Loan <br> 2007 Jeep <br> Commander <br> Acct. 2722248859 <br> VALUE $  18,300.00 | | | | 30,500.00 | 12,200.00 |

Sheet no.  4  of  5  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ►
(Total(s) of this page)

$ 152,853.00

$ 65,953.00

Total(s) ►
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,     Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Citizens Auto Finance<br>480 Jefferson Blvd.<br>Warwick; RI<br>02886-1359 | | | Representing<br>Citizens Bank<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Citizens Bank<br>1 Citizens Drive<br>Riversdale, RI<br>02915-3019 | | | Representing<br>Citizens Bank<br><br>VALUE $ | | | | | |
| ACCOUNT NO. xxxx4856<br><br>GE Money Bank<br>PO Box 530912<br>Atlanta, GA 30353 | | | Trailor Loan<br>2006 Sundowner<br><br>1400020142164856<br>VALUE $  5,000.00 | | | | 9,500.00 | 4,500.00 |
| ACCOUNT NO.<br><br>GEMB / Financing<br>PO Box 6153<br>Rapid City, SD<br>57709-6153 | | | Representing<br>GE Money Bank<br><br>VALUE $ | | | | | |
| ACCOUNT NO. GD9017<br><br>Equity Auto Financing, Inc. 2718 W. Oakland Park Blvd., Ft. Lauderdale, FL 33311 | | | Auto Loan 2008<br>Dodge Caliber<br><br>Attn. Lauren Wright<br>VALUE $ | | | | 15,000.00 | 65,000.00 |

Sheet no. __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 24,500.00 | $ 11,000.00 |

Total(s) ▶
(Use only on last page)

| $ 1,309,136.00 | $ 640,736.00 |

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Shumway, Andrew C.**_____,        Case No._____
 _____
              **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).
☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Shumway, Andrew C.                    ,          Case No._____
                        **Debtor**                                                    **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


                          1   continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re Shumway, Andrew C. _____ ,     Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Internal Revenue Service <br> PO Box 249 <br> Memphis, TN 38101-0249 | | | Funds Owed for 2008 Federal Income Tax | | | | 4,719.98 | 4,719.98 | |
| Account No. <br><br> Internal Revenue Service <br> Cincinnati, OH 45999-0150 | | | Representing the Internal Revenue Service | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |
| Account No. <br><br><br> | | | | | | | | | |

Sheet no. _____ of __1__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | Subtotals► (Totals of this page) | $ 4,719.98 | $ 4,719.98 | |
|---|---|---|---|---|---|
|  | | Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 4,719.98 | | |
|  | | Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,719.98 | $ |

B 6F (Official Form 6F) (12/07)

In re  Shumway, Andrew C                        ,        Case No. _____
_____                              _____
                        Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Pohl & Short 280 W. Canton Ave, Ste 410 Winter Park, FL 32789 | | | Representing Brent & Angela Baldasare Att. Alexander S. Douglas II, Esq. | | | | |
| ACCOUNT NO  Allianceone, Inc. 4850 E. Street Rd, Ste 300 Trevose, PA 19053 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO  Allied International 254 W. 31 St., 11th floor New York, NY 10001 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO.  American Collection Systems PO Box 29117 Columbus, Ohio 43229-0117 | | | For Notice Only  Debt Collection Company | | | | |

Subtotal ▶  $

99 _continuation sheets attached

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C _____,        Case No. _____
_____
           **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> American Collection Systems <br> PO Box 1968 <br> Southgate, Michigan 48195-0 | | | For Notice Only <br><br> Debt Collection Company | | | | $ |
| ACCOUNT NO <br> American Collection Systems <br> 2500 Corp. Exchange Drive <br> Columbus, Ohio 43231-3508 | | | For Notice Only <br> Attn. R. Hartley <br> Debt Collection Company | | | | |
| ACCOUNT NO. <br> American General Finance <br> 1544 S. French Avenue <br> Sanford, FL 32771-3307 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO xxxxxxxxxxx4654 <br> Appalachian community bank <br> 109 Blue Ridge Drive <br> McCaysville, GA 30555 | | | Personal guaranty of business dept for Blue Ridge Georgia Capital Partners, LLC | | | | 8,526,898.55 |
| ACCOUNT NO <br> Thompson, O'Brien, Et Al, Pc <br> 40 Technology Prkwy S,#300 <br> Norcross, GA  30092 | | | Representing Appalachian Community Bank <br> Att Bret T Thrasher, Esq. | | | | |

Sheet no __2__ of __99__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 8,526,898.55

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C                    ,          Case No. _____
               **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> APW R.E. Development <br> 2266 Three Rivers Drive <br> Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO <br><br> Arkansas District Office <br> 2120 Riverfront Dr, Ste 2 <br> Little Rock, Arkansas 72202 | | | Representing Small Business Association (SBA) | | | | |
| ACCOUNT NO. <br><br> Associated Credit Services <br> 105B S. Street, <br> Hopkinton, MA 01748-9100 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Nationwide Recovery System <br> 2304 Tarpley Drive, #134 <br> Carrollton, TX 75006 | | | Representing AT&T Mobility | | | | |
| ACCOUNT NO. <br><br> ATT Services, Inc. N <br> 1025 Lennox Park Blvd. <br> Atlanta, GA 30319 | | | For Notice Only <br><br> Debt Collection Company | | | | |

Sheet no. __3__ of __47__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C                    ,     Case No. _____
             **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Leland Management <br> 6972 Lake Glorida Blvd. <br> Orlando, FL 32809 | | | Representing Avalon Park Property Owners Association, Inc. | | | | |
| ACCOUNT NO <br><br> Avalon Park property owners <br> 6972 Lake Gloria Blvd. <br> Orlando, FL 32809-3200 | | | Home Owners Association fees and yard maintenance | | | | 3,000.00 |
| ACCOUNT NO <br><br> Avia Capital Partners, LLC <br> 2806 Northampton Avenue <br> Orlando, FL 32828 | | | For Notice Only <br><br> c/o Brent Baldasare | | | | |
| ACCOUNT NO <br><br> Avia Management, LLC <br> 2806 Northampton Avenue <br> Orlando, FL 32828 | | | For Notice Only <br><br> c/o Brent Baldasare | | | | |
| ACCOUNT NO. <br><br> Baker Hostetler, LLP <br> PO Box 112 <br> Orlando, FL 32802-0112 | | | Personal guaranty of business debt for Nature's Estates Resort & Spa, LLC | | | | 38,000.00 |

Sheet no. __4__ of __69__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  41,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont

In re  Shumway, Andrew C. _____ ,         Case No. _____
                    **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 | | | Possible personal guaranty of business debt. | | | | |
| ACCOUNT NO.<br><br>Bank of America<br>275 S. Valencia<br>Brea, CA 92823 | | | For Notice Only<br><br>Representing Bank of America | | | | |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 1598<br>Norfolk, VA 23501 | | | For Notice Only<br><br>Representing Bank of America | | | | |
| ACCOUNT NO.<br><br>Bank of America<br>1825 E. Buckeye Rd.<br>Phoenix, AZ 85034 | | | For Notice Only<br><br>Representing Bank of America | | | | |
| ACCOUNT NO.<br><br>Bank of America<br>9000 Southside Blvd, B 300<br>Jacksonville, FL 32256 | | | For Notice Only<br><br>Representing Bank of America | | | | |

Sheet no. __5__ of __96__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Shumway, Andrew C. _____ ,          Case No. _____
             **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of America<br>201 N. Tryon St.<br>Charlotte, NC 28201 | | | For Notice Only<br><br>Representing Bank of America | | | | |
| ACCOUNT NO. xxxx5993814623<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | Credit Card Account | | | | 16,916.00 |
| ACCOUNT NO.<br><br>Bank of America<br>4060 Ogletown Stan<br>Newark, DE 19713 | | | For Notice Only<br><br>Representing Bank of America | | | | |
| ACCOUNT NO.<br><br>Barry Kalmanson, Esq.<br>500 N Maitland Ave, Ste 305<br>Maitland, FL 32751 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>BB&T<br>PO Box 2067<br>Greenville, SC 29602-2027 | | | For Notice Only<br><br>Representing BB&T | | | | |

Sheet no. __6__ of __40__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal➤    $    16,916.00

                                              Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,         Case No. _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BB&T<br>PO Box 2306<br>Wilson, NC 27894 | | | For Notice Only<br><br>Representing BB&T | | | | |
| ACCOUNT NO.<br><br>BB&T<br>223 West Nash Street<br>Wilson, NC 27893 | | | For Notice Only<br><br>Representing BB&T | | | | |
| ACCOUNT NO.<br><br>BB&T of TN Business Ln Ctr<br>PO Box 530003<br>Charlotte, NC 28258-0003 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 200,000.00 |
| ACCOUNT NO<br><br>BB&T<br>PO Box 2306<br>Wilson, NC 27894 | | | For Notice Only<br><br>Representing BB&T | | | | |
| ACCOUNT NO.<br><br>BB&T<br>PO Box 1626<br>Wilson, NC 27894-1626 | | | For Notice Only<br><br>Representing BB&T | | | | |

Sheet no. 7 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 200,000.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                              ,         Case No. _____
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx0774  Branch BB&T 223 West Nash Street Wilson, NC 27893 | | | For Notice Only  Representing BB&T | | | | 15,741.00 |
| ACCOUNT NO.  BB&T PO Box 698 Wilson, NC 27894-0698 | | | For Notice Only  Representing BB&T | | | | |
| ACCOUNT NO.  Beverly Nairn 1855 W. SR 434, Suite 267 Longwood, FL 32750 | | | Personal guaranty of business debt for Waterford Lakes Capital Partners, LLC | | | | |
| ACCOUNT NO.  Blue ridge GA Cptl Prtnrs llc 2806 Northampton Avenue Orlando, FL 32828 | | | For Notice Only  c/o Brent Baldasare | | | | |
| ACCOUNT NO  Angela Baldasare 2806 Northampton Avenue Orlando, FL 32828 | | | For Notice Only | | | | |

Sheet no. __8__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 15,741.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shumway, Andrew C.                    ,          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>Bright House Networks<br>4000 Cntrl Fl Blvd B 132 S D<br>Orlando, FL 32816 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>BSCT Holdings, LLC<br>3708 S. Conway Road<br>Orlando, FL 32812 | | | Personal guaranty of business debt<br><br>Attn. Raul Sacarras | | | | |
| ACCOUNT NO.<br><br>Build-It Construction, Inc.<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>CBE Group Inc.<br>131 Tower Park Dr, Ste 100<br>Waterloo, IA 50701 | | | Debt Collection Company | | | | |

Sheet no. __9__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ |

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                ,          Case No. _____
           **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cahours Brothers <br> 3747 Lake Center Drive <br> Mt. Dora, FL 32757 | | | Personal guaranty of business debt for Woodbury, LLC c/o Richard Bergholtz, Esq. | | | | |
| ACCOUNT NO. xxxxxxxxxx1396 <br><br> CBUSA/Sears <br> 701 E. 60th St. North <br> Sioux Falls, SD 57117 | | | Credit Card Account | | | | 7,292.00 |
| ACCOUNT NO <br><br> CCB Credit Services <br> 1045 Outer Park Drive <br> Springfield, IL 62704 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Cach, LLC <br> 4340 S. Monaco St. <br> Denver, CO 80237 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> CBC/Trustco Bank <br> 320 State St. <br> Schenectady, NY 12305 | | | Representing Trustco Bank | | | | |

Sheet no. __10__ of __?__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    7,292.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cemex Const. Materials <br> 3626 Quadrangle Blvd, # 200 <br> Orlando, FL 32817 | | | Personal guaranty of business debt for Woodbury, LLC <br> Att Danielle Belcher | | | | |
| ACCOUNT NO <br><br> Central Florida Pubs, LLC <br> 12850 Waterford akes prkwy <br> Orlando, FL 32828 | | | For Notice Only <br><br> d/b/a Firkins Group of Pubs | | | | |
| ACCOUNT NO. <br><br> CFP at UCF, LLC <br> 12850 Waterford akes prkwy <br> Orlando, FL 32828 | | | For Notice Only <br><br> d/b/a The Firkin & Knight | | | | |
| ACCOUNT NO. <br><br> CFP at Waterford, LLC <br> 12850 Waterford akes prkwy <br> Orlando, FL 32828 | | | For Notice Only <br><br> d/b/a The Firkin & Kegler | | | | |
| ACCOUNT NO. <br><br> Charlton Stoner, PA <br> 500 S. Pointe Drive Ste 230 <br> Miami Beach, Fl 33139 | | | Personal guaranty of business debt for Woodbury, LLC | | | | |

Sheet no. __11__ of __?__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shumway, Andrew C. _____ ,          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx3823 <br><br> Chase-BP Private Label <br> 800 Brooksedge Blvd. <br> Westerville, OH 43081 | | | Credit Card Account | | | | 1,040.00 |
| ACCOUNT NO <br><br> Chase <br> 11200 W. Parkland Avenue <br> Milwaukee, WI 53201-3139 | | | For Notice Only <br><br> Representing Chase | | | | |
| ACCOUNT NO. xxxxxxxxxx5837 <br><br> Chase-BP Private Label <br> 800 Brooksedge Blvd. <br> Westerville, OH 43081 | | | Credit Card Account | | | | 1,002.00 |
| ACCOUNT NO. <br><br> Chase - BP <br> PO Box 15298 <br> Wilmington, DE 19850 | | | For Notice Only <br><br> Representing Chase | | | | |
| ACCOUNT NO. <br><br> Chase Cardmember Srvs <br> PO Box 15548 <br> Wilmington, DE 19886-5548 | | | For Notice Only <br><br> Representing Chase | | | | |

Sheet no. 12 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2,042.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                          ,          Case No. _____
                  **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Choice Data <br> 1014 Heiskell Avenue <br> Knoxville, TN 37921-1932 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Citicards CBSDNA <br> PO Box 6500 <br> Sioux Falls, SD 57117-6500 | | | For Notice Only <br><br> Representing Citicorp | | | | |
| ACCOUNT NO. <br><br> Citi <br> PO Box 6500 <br> Sioux Falls, SD 57117 | | | For Notice Only <br><br> Representing Citicorp | | | | |
| ACCOUNT NO. <br><br> Citi <br> PO Box 6077 <br> Sioux Falls, SD 57117-6077 | | | For Notice Only <br><br> Representing Citicorp | | | | |
| ACCOUNT NO <br><br> Citicards/Citibank <br> PO Box 6241 <br> Sioux Falls, SD57117 | | | For Notice Only <br><br> Representing Citicorp | | | | |

Sheet no. __13__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                              ,          Case No. _____
                              Debtor                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Citibank CBSD NA <br> 701 E. 60th St. N. <br> Sioux Falls, SD 57104 | | | For Notice Only <br><br> Representing Citicorp | | | | |
| ACCOUNT NO. <br><br> Citicorp Credit Services <br> PO Box 6142 <br> Sioux Falls, SD 57117 | | | For Notice Only <br><br> Representing Citicorp | | | | |
| ACCOUNT NO <br><br> City Electric Supply <br> 4850 N. Hwy. 19A <br> Mt. Dora, FL 32757 | | | Personal guaranty of business debt for Woodbury, LLC <br> c/o Lewis W. Stone, Esq. | | | | |
| ACCOUNT NO. <br><br> Client Services, Inc. <br> 3451 Harry S. Truman Blvd. <br> St. Charles, MO 63301 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Client Services, Inc. <br> 3451 Harry S. Truman Blvd. <br> St. Charles, MO 63301 | | | For Notice Only <br><br> Representing BP Amaco | | | | |

Sheet no. __14__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                      ,          Case No. _____
              **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | | For Notice Only<br><br>Representing Sears/Citi | | | | |
| ACCOUNT NO.<br><br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | | For Notice Only<br><br>Representing Citibank MC | | | | |
| ACCOUNT NO.<br><br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 | | | For Notice Only<br><br>Representing Macy's Dept. Stores | | | | |
| ACCOUNT NO.<br><br>Client Services, Inc.<br>PO Box 1503<br>St. Peters, MO 63376-0027 | | | For Notice Only<br><br>Representing Macy's Dept. Stores | | | | |
| ACCOUNT NO.<br><br>Clifford J. Geismar<br>2431 Aloma Avenue, Ste 114<br>Winter Park, FL 32792 | | | For Notice Only<br>Representing Andrew C. Shumway & Linda D. Azwell | | | | |

Sheet no. __15__ of _49_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,     Case No. _____
                        **Debtor**                                  **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. City of Clermont PO Box 120890 Clermont, FL 34712-0890 | | | For Notice Only Fees Owed by Woodbury, LLC | | | | 269.00 |
| ACCOUNT NO. Collect America/Cach, LLC 4340 S. Monaco St. Denver, CO 80237 | | | For Notice Only Debt Collection Company | | | | |
| ACCOUNT NO. Concord Funding Group 57 Watermark Drive Tiverton, RI 02878 | | | Personal guaranty of business debt for Waterford Lakes Capital Partners, LLC | | | | |
| ACCOUNT NO. Craig Buschbom 2805 Northampton Avenue Orlando, FL 32828 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 50,000.00 |
| ACCOUNT NO. Credit Management, LP 4200 International Parkway Carrollton, TX 75007-1912 | | | For Notice Only Debt Collection Company | | | | |

Sheet no. __16__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 50,269.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Creditors Financial <br> 3131 S Vaughn Way, Ste 12 <br> Aurora, CO 80014 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> CA/D. Michael Dendy, APLC <br> 4340 S. Monaco St. <br> Denver, CO 80237 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Daniel Saile <br> 2452 Bancroft Blvd. C39 <br> Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO. <br><br> Patricia Spinelli <br> 2452 Bancroft Blvd. C39 <br> Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO. <br><br> David Edmundson <br> 623 Carey Way <br> Orlando, FL 32825 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 650,000.00 |

Sheet no. __17__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ | 650,000.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re Shumway, Andrew C._____,     Case No. _____
              **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |
| ACCOUNT NO.<br><br>Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |
| ACCOUNT NO.<br><br>Dillard's<br>PO Box 981469<br>El Paso, TX 79998-1469 | | | For Notice Only | | | | |
| ACCOUNT NO. xxxxxxxxxx5420<br><br>DSNB/Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040 | | | Credit Card Account | | | | 3,880.00 |
| ACCOUNT NO. xxxxxxxxxx5430<br><br>DSNB/Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040 | | | Credit Card Account | | | | 5,080.00 |

Sheet no. __18__ of __47__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 158,960.00

Total▶  $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,        Case No. _____
                    **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxx5440 <br><br> DSNB/Macy's <br> 9111 Duke Blvd. <br> Mason, OH 45040 | | | Credit Card Account | | | | 361.00 |
| ACCOUNT NO. xxxxxxxxxx3920 <br><br> DSNB/Macy's <br> 9111 Duke Blvd. <br> Mason, OH 45040 | | | Credit Card Account | | | | 771.00 |
| ACCOUNT NO. xxxxxxxxxx3940 <br><br> DSNB/Macy's <br> 9111 Duke Blvd. <br> Mason, OH 45040 | | | Credit Card Account | | | | 1,171.00 |
| ACCOUNT NO. <br><br> Edgewood Estates, LLC <br> 2806 Northampton Avenue <br> Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO <br><br> Emerge/FNBO/CCRT <br> 5 Concourse Pkwy, Ste. 400 <br> Atlanta, GA 30328 | | | Credit Card Account | | | | 8,267.00 |

Sheet no. __19__ of __84__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  10,570.00

Total ► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re  Shumway, Andrew C.                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Emerge <br> PO Box 105555 <br> Atlanta, GA 30348 | | | For Notice Only <br><br> Representing Emerge | | | | |
| ACCOUNT NO. <br><br> Encore Rec. Management <br> PO Box 3330 <br> Olathe, KS 66063-3330 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Enhanced Recovery System <br> 8014 Bayberry Road <br> Jacksonville, FL 32256 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Equifax Mortgage Services <br> 1100 Peachtree St., NE Ste. <br> Atlanta, GA 30309 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Equifax Mortgage Services <br> 6 E Clementon Rd, Suite A-2 <br> Gibbsboro, NJ 08026 | | | For Notice Only <br><br> Debt Collection Company | | | | |

Sheet no. __20__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Shumway, Andrew C. _____ ,          Case No. _____
                  Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO Equity Residental P 6404 International Pwy, 1500 Plano, TX 75093 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO. Eric Janowitz 2974 Sweet Spire Circle Oviedo, FL 32766 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 50,000.00 |
| ACCOUNT NO. Eric Lerner 1405 - D Hiawassee Rd. Orlando, FL 32835 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 100,000.00 |
| ACCOUNT NO Experian Business Credit 600 City Prkwy W. Suite 800 Orange, CA 92868 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO. xxxxxxxxxx3180 EXPO-THD/ CBSD PO Box 6497 Sioux Falls, SD 57117-6497 | | | Credit Card Account | | | | 7,623.00 |

Sheet no. __21__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 157,623.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,                Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EXPO - THD Consmr /CBSD <br> PO Box 6497 <br> Sioux Falls, SD 57117-6497 | | | For Notice Only <br><br> Representing Home Depot/Expo | | | | |
| ACCOUNT NO. <br><br> Factact Free Disclosure <br> PO Box 1000 <br> Chester, PA 19022 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Fair Collect <br> 12304 Baltimore Ave, Ste. E <br> Beltsville, MD 20705 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Fair Collect & Outsourcing <br> 12304 Baltimore Avenue <br> Beltsville, MD 20705 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. xxxxxxxxxxx3180 <br><br> FDIC f/k/a OMNI Bank <br> Six Concourse Prkwy, #2330 <br> Atlanta, GA 30328 | | | Personal guaranty of business debt for Waterford Lakes Capital Partners, LLC | | | | 6,000,000.00 |

Sheet no. __22__ of __69__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 6,000,000.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re  Shumway, Andrew C. _____ ,          Case No. _____

　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FIA CSNA <br> 400 Christina Rd., #MS70 <br> Newark, DE 19713 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> Fifth Third Bank/BAC <br> 9204 King Palm Drive <br> Tampa, FL 33619-1328 | | | Representing Bank of America/Fifth Third Bank c/o Law Offices of Daniel C. Consuegra | | | | |
| ACCOUNT NO. <br><br> First USA <br> 800 Brooksedge Blvd. <br> Westerville, OH 43081 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Florida Bank of Commerce <br> PO Box 3068 <br> Orlando, FL | | | Representing Florida Bank of Commerce c/o John M. Brennan | | | | |
| ACCOUNT NO. <br><br> Florida Bank of Commerce <br> c/o Maureen A. Vitucci <br> PO Box 3068 | | | Representing Florida Bank of Commerce c/o Maureen A. Vitucci | | | | |

Sheet no. __23__ of __69__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re  Shumway, Andrew C. _____ ,        Case No. _____
                    **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Florida Bank of Commerce <br>105 E Robinson St, Suite 303 <br>Orlando, FL 32802 | | | Personal guaranty of business debt for Avia Capital Partners, LLC & Avia Management, LLC | | | | 2,040,513.58 |
| ACCOUNT NO. <br><br>Florida Bank of Commerce <br>105 E Robinson St, Suite 303 <br>Orlando, FL 32802 | | | Representing Florida Bank of Commerce c/o Craig E. Polejes | | | | |
| ACCOUNT NO. <br><br>Florida Bank of Commerce <br>1999 West Colonial Drive <br>Orlando, FL 32804 | | | For Notice Only <br><br>Representing Florida Bank | | | | |
| ACCOUNT NO. <br><br>Gray Robinson, PA <br>301 E. Pine St., Suite 1400 <br>Orlando, FL 32802 | | | Representing Florida Bank of Commerce c/o John Brennan and Maureen Vitucci | | | | |
| ACCOUNT NO. <br><br>Gavin Neumann, Kitchen Co <br>20 Steelcase Rd. W. Unit 1C <br>Markham, ON L3R1B2 | | | Representing Firkin Group of Pubs | | | | |

Sheet no. __24__ of __46__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2,040,513.58

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____,     Case No. _____
          **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GC Services Limited Part. <br> 6330 Gulfton <br> Houston, TX 77081 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> GC Services Limited Part. <br> PO Box 26999 <br> San Diego, CA 92196 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> G C Services <br> 4777 Hilton Corp. Dr. <br> Columbus, OH 43147 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> G C Services <br> 16 Concord St. <br> El Paso, TX 79906 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> G C Services <br> 725 Tollgate Road, Suite E <br> Elgin, IL 60123 | | | For Notice Only <br><br> Debt Collection Company | | | | |

Sheet no. __25__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re  Shumway, Andrew C. _____ ,        Case No. _____
                    _____
                    Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GE  Capital / Dillard's PO Box 981471 El Paso, TX 79998 | | | For Notice Only Representing Dilard's | | | | |
| ACCOUNT NO. GEMB/GE Money Bank Low PO Box 103065 Roswell, GA 30076 | | | For Notice Only Representing GE Money Bank | | | | |
| ACCOUNT NO GEMB / Funancing PO Box 6153 Rapid City, SD 57709-6153 | | | For Notice Only Representing GE Money Bank | | | | |
| ACCOUNT NO GEMB / Financing PO Box 6153 Rapid City, SD 57709-6153 | | | For Notice Only Representing GE Money Bank | | | | |
| ACCOUNT NO. GEMB PO Box 276 Dayton, OH 45401-0276 | | | For Notice Only Representing GE Money Bank | | | | |

Sheet no. __26__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                         ,          Case No. _____
          **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GEMB/Dillard's <br> PO Box 981469 <br> El Paso, TX 79998-1469 | | | For Notice Only <br><br> Representing Dillard's | | | | |
| ACCOUNT NO. xxxxxxxxxxx1811 <br><br> GEMB/Lowes <br> PO Box 981400 <br> El Paso, TX 79998 | | | Credit Card Account | | | | 2,850.00 |
| ACCOUNT NO. <br><br> Global Credit Collection <br> 300 I-Drive, Suite 100 <br> Buffalo, NY 14221 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> H and H Stucco & Stone, Inc. <br> 5201 W Kennedy Blvd, # 450 <br> Tampa, FL 33609 | | | Personal guaranty of business debt for Woodbury, LLC <br> c/o Lisa A. Oonk, Esq. | | | | |
| ACCOUNT NO <br><br> H and H Stucco & Stone, Inc. <br> 101 E. 13 Street <br> Saint Cloud, FL 34769 | | | Representing H & H Stucco & Stone, Inc. <br> c/o Brian D. Solomon, PL | | | | |

Sheet no. __27__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                Subtotal▶ $    2,850.00

                                      Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hartford South, LLC <br> 7326 Orange Avenue <br> Orlando, FL 32809 | | | Personal guaranty of business debt for Woodbury, LLC | | | | |
| ACCOUNT NO <br><br> Hartford South, LLC <br> PO Box 593515 <br> Orlando, FL 32859-3515 | | | Representing Hartford South, LLC | | | | |
| ACCOUNT NO. <br><br> Hartford South, LLC <br> 200 S Orange Ave, Suite 260 <br> Orlando, FL 32801-3461 | | | Representing Hartford South, LLC | | | | |
| ACCOUNT NO. <br><br> HB Funding Inc. <br> 7512 Dr. Phillips Blvd, Ste 50 <br> Orlando, FL 32819 | | | Possible personal guaranty of debt for short sale real-estate contract | | | | |
| ACCOUNT NO. <br><br> Home Depot C.C. Services <br> PO Box 689100 <br> Des Moines, IA 50368-9100 | | | Personal guaranty of business debt for APW Real Estate Dev., Inc. | | | | 23,000.00 |

Sheet no. __28__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 23,000.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                           ,          Case No. _____

                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Home Depot C.C. Services <br> PO Box 6497 <br> Sioux Falls, SD 57117-6497 | | | Representing The Home Depot | | | | |
| ACCOUNT NO. <br><br> Home Depot C.C. Services <br> PO Box 6925 <br> The Lakes, Nevada 88901-6 | | | Representing The Home Depot | | | | |
| ACCOUNT NO <br><br> I. C. System, Inc. <br> PO Box 64887 <br> St. Paul, MN 55164-0887 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> I.C. System, Inc. <br> PO Box 64886 <br> St. Paul, MN 55164-0886 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> I C System Inc. <br> PO Box 64378 <br> St. Paul, MN 55164 | | | For Notice Only <br><br> Debt Collection Company | | | | |

Sheet no. __29__ of __99__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Iu re  Shumway, Andrew C. _____ ,          Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JP Morgan Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 | | | Representing Chase Bank | | | | |
| ACCOUNT NO.<br><br>Interstruct, Inc.<br>121 S Orange Ave, Ste 820N<br>Orlando, FL 32801 | | | Personal guaranty of business debt for Woodbury, LLC c/o Richard Monroe | | | | 500,000.00 |
| ACCOUNT NO.<br><br>Interstruct, Inc.<br>121 S Orange Ave, Ste 820N<br>Orlando, FL 32801 | | | Personal guaranty of business debt for Waterford Lakes Capital Partners, LLC | | | | 700,000.00 |
| ACCOUNT NO.<br><br>J. W. Stephens<br>3387 E. 1st St.<br>Blue Ridge, GA 30513 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |

Sheet no. 30 of 44 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 1,275,000.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                          ,        Case No. _____
                    **Debtor**                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 | | | Personal guaranty of business debt for Woodbury, LLC | | | | |
| ACCOUNT NO<br><br>John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners, LLC | | | | 50,000.00 |
| ACCOUNT NO<br><br>Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 | | | Personal guaranty of business debt for Nature's Estates Resort & Spa. LLC | | | | 250,000.00 |
| ACCOUNT NO.<br><br>Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners, LLC | | | | 50,000.00 |
| ACCOUNT NO xxxxxxxxxxx1614<br><br>Kohl's / Chase<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | | | Credit Card Account | | | | 1,614.00 |

Sheet no. __31__ of __84__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 351,614.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kohl's /Chase<br>N56W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051- | | | For Notice Only<br><br>Representing Koh's/Chase | | | | |
| ACCOUNT NO<br><br>Kohl's Corporate Offices<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | | For Notice Only<br><br>Representing Koh's Dept. Stores | | | | |
| ACCOUNT NO.<br><br>Kohl's<br>PO Box 3004<br>Milwaukee, WI 53201-3004 | | | For Notice Only<br><br>Representing Koh's Dept. Stores | | | | |
| ACCOUNT NO.<br><br>Leasing Innovations, Inc.<br>437 S. Hwy 101, Suite 104<br>Solana Beach, CA 9275 | | | Representing Leasing Innovations, Inc. | | | | |
| ACCOUNT NO.<br><br>Law Offices McCalla Raymer, LLC<br>1544 Old Ababama Road | | | For Notice Only<br><br>Debt Collection Company | | | | |

Sheet no. 32 of 69 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _Shumway, Andrew C._____,     Case No. _____
          **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Leasing Innovations, Inc.<br>87 Summer Street, 4th Flr<br>Boston, MA 02110 | | | Personal guaranty of business debt for CFP at Waterford, LLC | | | | 1,800,000.00 |
| ACCOUNT NO.<br>Leasing Innovations, Inc.<br>99 Middle Street<br>Manchester, NH 03101 | | | Representing Leasing Innovations, Inc. c/o Kenneth Rubinstein, Esq. Nelson, Kinder, et al, | | | | |
| ACCOUNT NO.<br>Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO.<br>Lewis W. Stone, Esq.<br>4850 N. Hwy 19A<br>Mt. Dora, FL 32757 | | | Representing City Electric Supply | | | | |
| ACCOUNT NO<br>Linda D. Azwell<br>15600 SW 36 St.<br>Ocala, FL 34481 | | | For Notice Only | | | | |

Sheet no. __33__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 1,800,000.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,     Case No. _____
              **Debtor**                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LTD Financial Services LP <br> 7322 Southwest Fwy, Suite 1 <br> Houston, TX 77074 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> LTD Financial Services LP <br> 7322 Southwest Fwy, # 1600 <br> Houston, TX 77074 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Macy's/DSNB <br> 9111 Duke Blvd. <br> Mason, OH 45040 | | | Representing Macy's | | | | |
| ACCOUNT NO. <br><br> Macy's <br> 13141 34th Street North <br> Clearwater, FL 34622 | | | Representing Macy's | | | | |
| ACCOUNT NO <br><br> Matthew Hand <br> 2288 Holly Pine Circle <br> Orlando, FL 32820 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 50,000.00 |

Sheet no. __34__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 50,000.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Matthew C. Westheimer <br> 8515 W. McNab Road <br> Ft. Lauderdale, FL 33321 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |
| ACCOUNT NO. <br><br> MCM Dept. 12421 <br> PO Box 603 <br> Oaks, PA 19456 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Midland Credit Management <br> 8875 Aero Drive, Suite 200 <br> San Diego, CA 92123 | | | Collection Account | | | | 3,637.00 |
| ACCOUNT NO. <br><br> Mountain Tracks Developing <br> 3387 E. 1st St. <br> Blue Ridge, GA 30513 | | | For Notice Only <br><br> c/o J. W. Stephens, RA | | | | |
| ACCOUNT NO. <br><br> Nationwide Recovery Sy <br> 2304 Tarpley Rd., Suite 134 <br> Carrollton, TX 75006 | | | Collection Account | | | | 1,123.00 |

Sheet no. __35__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 79,760.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____,     Case No. _____
         **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | For Notice Only | | | | |
| Nature's Estates resort & spa 2806 Northampton Ave. Orlando, FL 32828 | | | c/o Brent Baldasare | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| NCO Financial Services 205 Prudential Road Horsham, PA 19044 | | | Debt Collection Company | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| NCO Financial Services PO Box 15630, Dept. 72 Wilmington, DE 19850 | | | Debt Collection Company | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| National Enterprise System 29125 Solon Rd. Solon, OH 44139 | | | Debt Collection Company | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| North American Credit Srvc PO Box 18221 Chattanooga, TN 37421-108 | | | Debt Collection Company | | | | |

Sheet no. __36__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
                     **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Northland Group <br> 7831 Glenroy Rd, Ste 145 <br> Edina, MN 55439 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO <br><br> Northland Funding Gr <br> 100 Broad Hollow Rd, # 100 <br> Farmingdale, NY 11735 | | | For Notice Only <br><br> Representing Platinum Credit Financing | | | | |
| ACCOUNT NO. <br><br> NCO Financial Services <br> PO Box 15630, Dept. 72 <br> Wilmington, DE 19850 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Ocala Equine Hospital <br> 10855 NW US Hwy 27 <br> Ocala, FL 34482 | | | Equine Hospital Bill | | | | 1,600.00 |
| ACCOUNT NO. <br><br> Omni National Bank <br> 6 E. Clementon Rd, Ste A2 <br> Gibbsboro, NJ 08026 | | | For Notice Only <br> Representing Equifax <br> Mortgage Service | | | | |

Sheet no. __37__ of __49__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1,600.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,     Case No. _____
        **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OUC <br> PO Box 3193 <br> Orlando, FL 32802 | | | For Notice Only <br><br> Utility Company | | | | |
| ACCOUNT NO. <br><br> Our Father's Properties, LLC <br> 1705 E. Hwy. 50 <br> Clermont, FL 34711 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |
| ACCOUNT NO. <br><br> Oxford Management Service <br> 135 Maxess Rd. <br> Melville, NY 11747 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Paul W. Flesh <br> 2266 Three Rivers Drive <br> Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO. <br><br> Paul C. Sorchy, II <br> 1705 E. Hwy. 50, Ste B <br> Clermont, FL 34711-5186 | | | Personal guaranty of business debt for Blue Ridge Georgia Capital Partners, LLC | | | | 50,000.00 |

Sheet no. __38__ of __99__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 125,000.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Penn Credit Corporation PO Box 988 Harrisburg, PA 17108-0988 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO.  Pinnacle Financial Group 7825 Washington Ave S, 310 Minneapolis, MN 55439-2409 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO.  Pinnacle Financial Group Dept. 673, PO Box 4115 Concord, CA 94524 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO  Platinum Credit Services 100 Broad Hollow Rd, Ste 1 Farmingdale, NY 11735 | | | For Notice Only  Debt Collection Company | | | | |
| ACCOUNT NO.  R. W. Banks Real Estate Inc. 3022 Lakewood Lane Hollywood, FL 33021 | | | For Notice Only  c/o Robert W. Banks | | | | |

Sheet no. __39__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,     Case No. _____
                    **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard S. Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 | | | For Notice Only<br><br>Representing Cahours Brothers | | | | |
| ACCOUNT NO.<br><br>Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 | | | For Notice Only<br><br>Representing Swell Construction | | | | |
| ACCOUNT NO<br><br>Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 | | | Personal guaranty of business debt for Nature's Estates Resort & Spa, LLC | | | | 500,000.00 |
| ACCOUNT NO.<br><br>SBA<br>409 3rd St. SW<br>Washington, DC 20416 | | | Personal guaranty of business debt for Waterford Lakes Capital Partners, LLC | | | | 1,500,000.00 |
| ACCOUNT NO.<br><br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 | | | Personal guaranty of business debt<br><br>c/o Scott. T. Frazier | | | | |

Sheet no. __40__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 2,000,000.00

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
                  **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | For Notice Only | | | | |
| Sears PO Box 6283 Sioux Falls, SD 57117-6283 | | | Representing Sears/Citibank | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| Sears/Citibank PO Box 6189 Sioux Falls, SD 57117 | | | Representing Sears/Citibank | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| Sears PO Box 6286 Sioux Falls, SD 57117 | | | Representing Sears/Citibank | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| Sears/CBSD 701 E. 60th St. N Sioux Falls, SD 57117 | | | Representing Sears/Citibank | | | | |
| ACCOUNT NO. | | | For Notice Only | | | | |
| Sears/ CBSD 133200 Smith Road Cleveland, OH 44130 | | | Representing Sears/Citibank | | | | |

Sheet no. _41_ of _69_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C. _____ ,        Case No. _____
                  **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shmuel Goshen <br> 749 De Soto Drive <br> Palo Alto, CA 94303-2807 | | | Personal guaranty of business debt for Nature's Estates Resort & Spa, LLC | | | | 250,000.00 |
| ACCOUNT NO <br><br> Sunrise Credit Services <br> 260 Airport Plaza Blvd. <br> Farmingdale, NY 11735 | | | For Notice Only <br><br> Debt Collection Company | | | | |
| ACCOUNT NO. <br><br> Susan M. Collins <br> 4124 Pebblebrook Ct. <br> Orlando, FL 32820 | | | Personal guaranty of business debt for Blue Ridge GA Capital Partners & Edgewood Estates, LLC | | | | 75,000.00 |
| ACCOUNT NO. <br><br> Swell Construction <br> PO Box 1391 <br> Orlando, FL 32802 | | | Personal guaranty of business debt for Woodbury, LLC <br> c/o Ryan E. Davis, Esq. | | | | |
| ACCOUNT NO. <br><br> The Home Depot/CBSD <br> PO Box 6497 <br> Sioux Falls, SD 57117-6497 | | | Credit Card Account | | | | 8,723.00 |

Sheet no.  42  of  49  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   333,723.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
          **Debtor**                                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tek-Collect Inc.<br>PO Box 1269<br>Columbus, OH 43216 | | | For Notice Only<br><br>Debt Collection Company | | | | |
| ACCOUNT NO<br>The Dye Law Firm<br>236 East 5th Ave<br>Tallahassee, FL 32315 | | | For Notice Only<br><br>Debt Collection Company | | | | |
| ACCOUNT NO.<br>The Home Depot / CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | | | For Notice Only<br><br>Representing Home Depot<br>CCS Gray Ops Center | | | | |
| ACCOUNT NO.<br>Thompson,O'Brien Kemp &<br>40 Technology Prkwy S, 300<br>Norcross, GA 30092 | | | For Notice Only<br><br>Representing Appalachian<br>Bank | | | | |
| ACCOUNT NO.<br>Titanium Solutions, Inc.<br>5225 W Wiley Post way #150<br>Salt Lake City, UT 84116 | | | For Notice Only<br><br>Debt Collection Company | | | | |

Sheet no. __43__ of __99__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Shumway, Andrew C._____,     Case No. _____
              **Debtor**                                                 **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Todd M. Hoepker, PA<br>111 N. Orange Ave,Ste 1440<br>Orlando, FL 32802-3311 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>Tri Tech Air Conditioning<br>500 N. Maitland Ave, Ste 305<br>Maitland, FL 32751 | | | Personal guaranty of business debt for Woodbury, LLC Att Barry Kalmanson, Esq. | | | | |
| ACCOUNT NO.<br><br>Swann & Hadley, PA<br>PO Box 1961<br>Winter Park, FL 32790 | | | For Notice Only Representing Trustco Bank c/o Jeffry Jontz, Esq. | | | | |
| ACCOUNT NO.<br><br>Trustco Bank<br>3 Sarnowski Drive<br>Schenectady, NY 12302 | | | Personal guaranty of business debt for Woodbury, LLC Attn. George Wickswat | | | | 6,985,000.00 |
| ACCOUNT NO.<br><br>UCF Convocation Corp.<br>Bldg. 50, N. Gemini Blvd.<br>Orlando, FL 32816 | | | Personal guaranty of business debt for CFP at UCF, LLC | | | | 2,083,000.00 |

Sheet no. __44__ of __49__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal▶    $     9,068,000.00

                                Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No. _____
                  **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gray Robinson, PA<br>301 E. Pine St., Suite 1400<br>Orlando, FL 32802 | | | Representing UCF Convocation Corp.<br>Att Richard E. Mitchell, Esq. | | | | |
| ACCOUNT NO.<br><br>United Recovery Systems<br>5800 N. Course Drive<br>Houston, TX 77072 | | | For Notice Only<br><br>Debt Collection Company | | | | |
| ACCOUNT NO.<br><br>United Recovery Systems<br>507 Prudential Road<br>Horsham, PA 19044 | | | For Notice Only<br>Debt Collection Company<br>c/o NCO Financial Systems, Inc. | | | | |
| ACCOUNT NO<br><br>Vanessa C. Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>Waterford Lake capital prtnrs<br>12850 Waterford Lakes Pkwy<br>Orlando, FL 32828 | | | For Notice Only | | | | |

Sheet no. __45__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $

Total ►  | $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C._____,          Case No. _____
                Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wachovia Bank, NA<br>450 American Street SV<br>Simi Valley, CA 93065 | | | For Notice Only | | | | |
| ACCOUNT NO.<br><br>Wells Fargo Financial<br>800 Walnut Street<br>Des Moines, IA 50309 | | | Representing Wells Fargo Financial | | | | |
| ACCOUNT NO. xxxxxxxxxxx3561<br><br>Wells Fargo Financial, Inc.<br>4143 121st St.<br>Urbandale, Iowa 50323 | | | Consumer Loan | | | | 3,903.00 |
| ACCOUNT NO.<br><br>Wells Fargo Financial<br>2501 Seaport Drive, #BH-300<br>Chester, PA 19013-1510 | | | Representing Wells Fargo Financial | | | | |
| ACCOUNT NO.<br><br>Wells Fargo Financial<br>PO Box 7510<br>Urbandale, IA 50323 | | | Representing Wells Fargo Financial | | | | |

Sheet no.__46__of__49__ continuation sheets attached          Subtotal▶  | $ 3,903.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                        ,          Case No. _____

                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Wells Fargo Financial 206 8th Street Des Moines, IA 50309-3805 | | | Representing Wells Fargo Financial | | | | |
| ACCOUNT NO.  Wells Fargo Financial 3310 N. Hayden Rd, Ste 107 Scottsdale, AZ 85251-6647 | | | Representing Wells Fargo Financial | | | | |
| ACCOUNT NO  W.F.F. America, Inc. 1201 Hays Street Tallahassee, FL 32301 | | | Representing Wells Fargo Financial c/o Corporation Service Company | | | | |
| ACCOUNT NO.  Weltman, Weinberg & Reis 965 Keynote Circle Independence, OH 44131 | | | For Notice Only | | | | |
| ACCOUNT NO.  Whitney & Patricia Harp 2589 Corbyton Court Orlando, FL 32828 | | | For Notice Only | | | | |

Sheet no. __47__ of __49__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data )

In re <u>Shumway, Andrew C.</u>                    ,        Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>World Financial Network<br>PO Box 182124<br>Columbus, OH 43218-2124 | | | For Notice Only<br>Debt Collection Company<br>c/o National Bank<br>Recovery | | | | |
| ACCOUNT NO.<br><br>WFNNB/American Signature<br>4590 E. Broad Street<br>Columbus, OH 43213 | | | For Notice Only<br>Debt Collection Company<br>Representing Wells Fargo<br>Financial | | | | |
| ACCOUNT NO.<br><br>WFFINANCE<br>800 Walnut St.<br>Des Moines, IA 50309 | | | For Notice Only<br>Debt Collection Company<br>Representing Wells Fargo<br>Financial | | | | |
| ACCOUNT NO.<br><br>WFNNB-WFCB/Alliance Data<br>4590 E. Broad St.<br>Columbus, OH 43213 | | | For Notice Only<br>Debt Collection Company<br>Representing Wells Fargo<br>Financial | | | | |
| ACCOUNT NO.<br><br>WLTMN, WNBRG<br>965 Keynote Circle<br>Independence, OH 44131 | | | For Notice Only<br><br>Debt Collection Company | | | | |

Sheet no. <u>48</u> of <u>69</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Shumway, Andrew C.                                   ,          Case No. _____
                        **Debtor**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail | | | Personal guaranty of business debt for Woodbury, LLC | | | | |
| ACCOUNT NO.<br><br>Zakheim and Associates<br>1045 S. University Dr., # 202<br>Plantation, FL 33324 | | | For Notice Only<br><br>Debt Collection Company | | | | |
| ACCOUNT NO.<br><br>Earl K Woods Tax Collector<br>PO Box 2551<br>Orlando, FL 32807 | | | Orange County Property Tax Collector | | | | |
| ACCOUNT NO.<br><br>Stokes & Clinton P.C.<br>1000 Downtowner Blvd.<br>Mobile, Alabama 36609 | | | For Notice Only<br><br>Debt Collection Company | | | | |
| ACCOUNT NO.<br><br>Amscot Financial Corp  600<br>N West Shore Blvd # 1200<br>Tampa, FL  33609-1117 | | | Cash Advance Loan | | | | 551.00 |

Sheet no.  49  of  49   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 551.00

Total▶ | $ 32,992,826.13
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Shumway, Andrew C.                    ,          Case No._____
        **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cranes Landing Apartments 3440 N. Goldenrod Road Winter Park, FL 32792 | 15 Month Lease Agreement with Cranes Landing Apartments for Unit #427. Lease is up on July 15, 2010 |
| | |
| | |
| | |
| | |
| | |

**In re** Andrew C. Shumway_____,        **Case No.** _____
            **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| APW Real Estate Development<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| APW Real Estate Development<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Home Depot Credit Card Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 |

In re  Andrew C. Shumway _____ ,          Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AVIA Capital Partners LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Florida Bank of Commerce<br>c/o Craig E. Polejes<br>105 E. Robinson St., Suite 303<br>Orlando, FL 32802 |

B 6H (Official Form 6H) (12/07)

In re _Shumway, Andrew C. _____ ,          Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Appalachian Community Bank<br>a/k/a Gilmer Bank<br>PO Box 10, 109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>Suntrust Center, Suite 2300<br>200 S. Orange Avenue, PO Box 112<br>Orlando, FL 32802-0112 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Eric Janowitz<br>2974 Sweet Spire Circle<br>Oviedo, FL 32766 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Eric Lerner<br>1405 - D Hiawassee Rd.<br>Orlando, FL 32835 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |

B 6H (Official Form 6H) (12/07)

In re  Shumway, Andrew C.                    ,         Case No. ___ _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Paul C. Sorchy, II<br>1705 E. Hwy. 50, Suite B<br>Clermont, FL 34711-5186 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |

B 6H (Official Form 6H) (12/07)

In re _Shumway, Andrew C._____ ,       Case No. _____

          **Debtor**                                  **(If known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Avia Management, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |

In re  Andrew C. Shumway                    ,          Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Appalachian Community Bank<br>a/k/a Gilmer Bank<br>PO Box 10 / 109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |

In re  Andrew C. Shumway                    ,          Case No. _____
                Debtor                                                                      **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Paul C. Sorchy, II<br>1705 E. Hwy. 50<br>Suite B<br>Clermont, FL 34711-5186 |
| Blue Ridge Georgia Capital Partners, LLC<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

In re  Andrew C. Shumway                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Blue Ridge Georgia Capital Partners, LLC c/o Brent Baldasare 2806 Northampton Avenue Orlando, FL 32828 | Samuel T. Li 832 Monte Rosa Lane Manteca, CA 95337 |
| Blue Ridge Georgia Capital Partners, LLC c/o Brent Baldasare 2806 Northampton Avenue Orlando, FL 32828 | Shmuel Goshen 749 De Soto Drive Palo Alto, CA 94303-2807 |
| Blue Ridge Georgia Capital Partners, LLC c/o Brent Baldasare 2806 Northampton Avenue Orlando, FL 32828 | Susan M. Collins 4124 Pebblebrook Ct. Orlando, FL 32820 |

In re  Andrew C. Shumway                        ,                    Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Cemex Construction Materials<br>c/o Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Charlton Stoner, PA<br>500 S. Pointe Dr., Ste. 230<br>Miami Beach, FL 33139 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Florida Bank of Commerce<br>c/o Craig E. Polejes<br>105 E. Robinson St. Suite 303<br>Orlando, FL 32802 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | H and H Stucco & Stone, Inc.<br>Lisa A. Oonk, Esq. and Thomas F. Brink, Esq.<br>5201 W. Kennedy Blvd., Suite 450<br>Tampa, FL 33609 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Brent Baldasare<br>2806 Northampton Ave.<br>Orlando, FL 32828 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |

In re  Shumway, Andrew C.                    ,                     Case No. _____
              **Debtor**                                                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Tri Tech Air Conditioning<br>Attn. Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | BSCT Holdings, LLC<br>Attn. Raul Sacarras<br>3708 S. Conway Road<br>Orlando, FL 32812 |

In re  Shumway, Andrew C.                        ,          Case No. _____
                **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |

In re _Andrew C. Shumway_____ ,                    Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Appalachian Community Bank<br>a/k/a Gilmer Bank<br>PO Box 10 / 109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802-0112 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway_____,          Case No. _____
                **Debtor**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | FDIC f/k/a OMNI Bank<br>Attn. Cole Kirk<br>Six Concourse Pkwy., #2300<br>Atlanta, GA 30328 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann - Co. Kit. Cons.<br>20 Steelcase Rd. W. Unit 1C<br>Markham, ON L3R 1B2 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Interstruct, Inc.  Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |

B 6H (Official Form 6H) (12/07)

In re **Andrew C. Shumway** ,  Case No. _____
     **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street<br>4th Floor<br>Boston, MA 02110 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Paul C. Sorchy, II<br>1705 E. Hwy. 50<br>Suite B<br>Clermont, FL 34711-5186 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Brent and Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

B 6H (Official Form 6H) (12/07)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | SBA<br>409 3rd St. SW<br>Washington, DC 20416 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | UCF Convocation Corporation<br>UCF Convocation Center, Bldg. 50<br>N. Gemini Blvd.<br>Orlando, FL 32816 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 |
| Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Beverly Nairn<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |

In re  Andrew C. Shumway                    ,          Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Central FL Pubs, LLC<br>d/b/a Firkin Group of Pubs<br>12850 Waterford Lakes Pkwy<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann - Corporate Kitchen Consultant<br>20 Steelcase Rd West Unit 1C<br>Markham OH L3R 1B2 |

In re  Shumway, Andrew C.                     ,          Case No. _____
                 **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CFP at UCF, LLC<br>d/b/a The Firkin & Knight<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | UCF Convocation Corporation<br>UCF Convocation Center, Bldg. 50<br>N. Gemini Blvd.<br>Orlando, FL 32816 |
| CFP at UCF, LLC<br>d/b/a The Firkin & Knight<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |

In re  Shumway, Andrew C. _____ ,        Case No. _____
        **Debtor**                                             **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CFP at Waterford, LLC<br>d/b/a The Firkin & Kegler<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | Beverly Nairn<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |
| CFP at Waterford, LLC<br>d/b/a The Firkin & Kegler<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| CFP at Waterford, LLC<br>d/b/a The Firkin & Kegler<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| CFP at Waterford, LLC<br>d/b/a The Firkin & Kegler<br>12850 Waterford Lakes Parkway, Suite 10<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street<br>4th Floor<br>Boston, MA 02110 |

B 6H (Official Form 6H) (12/07)

In re  Shumway, Andrew C.                          ,          Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | Beverly Naim<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann - Corporate Kitchen Consultant<br>20 Steelcase Rd., W. Unit 1C<br>Markham, ON L3R1B2 |
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street, 4th Floor<br>Boston, MA 02110 |
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | UCF Convocation Corporation<br>UCF Convocation Center, Bldg. 50<br>N. Gemini Blvd.<br>Orlando, FL 32816 |
| Daniel Saile & Patricia Spinelli<br>2452 Bancroft Blvd. C39<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
                    **Debtor**                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Edgewood Estates, LLC<br>c/o Brent & Angela Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |

In re  Andrew C. Shumway_____ ,          Case No. _____
              **Debtor**                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802 - 0112 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Appalachian Community Bank<br>a/k/a Gilmer Bank<br>PO Box 10 / 109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway  ,                    Case No. _____
                 **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Our Father's Properties<br>1705 E. Hwy 50<br>Clermont, FL 34711 |
| J. W. Stephens<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Paul C. Sorchy, II<br>1705 E. Hwy. 50<br>Suite B<br>Clermont, FL 34711-5186 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802-0112 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | FDIC  f/k/a OMNI Bank<br>Attn. Cole Kirk<br>Six Concourse Parkway, #2330<br>Atlanta, GA 30328 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann, Corporate Kitchen Consultant<br>20 Steelcase Rd. W. Unit 1C<br>Markham, ON L3R1B2 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue,  Suite 820N<br>Orlando, FL 32801 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue,  Suite 820N<br>Orlando, FL 32801 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street, 4th Floor<br>Boston, MA 02110 |
| Leon and Corinna Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

B 6H (Official Form 6H) (12/07)

In re _Shumway, Andrew C._____ ,          Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | SBA<br>409 3rd St. SW<br>Washington, DC 20416 |
| Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Leon & Corina Sacco<br>2438 River Rise Court<br>Orlando, FL 32828 | Beverly Nairn<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |

B 6H (Official Form 6H) (12/07)

In re _Andrew C. Shumway_____ ,                    Case No. _____
           **Debtor**                                               (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Appalachian Community Bank<br>a/k/a Gilmer Bank<br>109 Blue Ridge Drive, PO Box 10<br>McCaysville, GA 30555 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802-0112 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | FDIC f/k/a OMNI Bank<br>Attn. Cole Kirk<br>Six Concourse Parkway, #2330<br>Atlanta, GA 30328 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Firkin Group of Pubs<br>Gavin Neumann, Corporate Kitchen Consultant<br>20 Steelcase Rd. W. Unit 1C<br>Markham, ON L3R1B2 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Leasing Innovations, Inc.<br>87 Summer Street, 4th Floor<br>Boston, MA 02110 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway_____ ,        Case No. _____
          **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Cemex Construction Materials<br>c/o Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Charlton Stoner, PA<br>500 S. Pointe Dr., Ste 230<br>Miami Beach, FL 33139 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Tri Tech Air Conditioning<br>c/o Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway_____ ,                    Case No. _____
              **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | H and H Stucco & Stone, Inc.<br>c/o Brian D. Solomon, PL<br>101 E 13 Street<br>Saint Cloud, FL 34769 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Home Depot Credit Card Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Sysco Food Services<br>200 W. Story Road<br>Ocoee, FL 34761-3004 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Beverly Nairn<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Capital One Bank USA  NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | BSCT Holdings, LLC<br>Attn. Raul Sacarras<br>3708 S. Conway Road<br>Orlando, FL 32812 |

In re Andrew C. Shumway                      ,          Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | SBA<br>409 3rd St. SW<br>Washington, DC 20416 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | UCF Convocation Corporation<br>UCF Convocation Center<br>Bldg. 50  N. Gemini Blvd.<br>Orlando, FL 32816 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Scott T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Florida Bank of Commerce<br>c/o Craig E. Polejes<br>105 E. Robinson St., Suite 303<br>Orlando, FL 32802 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | AT&T Mobility<br>c/o Nationwide Recovery System<br>2304 Tarpley Drive, #134<br>Carrollton, TX 75006 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | ATT Services, Inc. N<br>1025 Lenox Park Blvd. 9B43<br>Atlanta, GA 30319 |
| Linda D. Azwell<br>15600 S.W. 36 Street<br>Ocala, FL 34481 | Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 |

In re  Andrew C. Shumway                    ,        Case No. _____
                    **Debtor**                                         (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |

In re __Andrew C. Shumway_____ ,                    Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Paul C. Sorchy, II<br>1705 E. Hwy. 50, Suite B<br>Clermont, FL 34711-5186 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

In re _Andrew C. Shumway_____ ,       Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |

In re _Andrew C. Shumway_____ ,          Case No. _____
          **Debtor**                                                                   **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | A I via Tu Canada/<br>Allied International<br>254 W. 31 St., 11th floor<br>New York, NY 10001 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Allianceone, Inc.<br>4850 E. Street Road<br>Suite 300<br>Trevose, PA 19053 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Allied International<br>254 W. 31 St., 11th floor<br>New York, NY 10001 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | American Collection Systems<br>Attn. R. Hartley<br>2500 Corporate Exchange Drive<br>Columbus, Ohio 43231-3508 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | American General Finance<br>1544 S. French Avenue<br>Sanford, FL 32771-3307 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Associated Credit Services<br>105B S. Street<br>PO Box 9100<br>Hopkinton, MA 01748-9100 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Avalon Park Property Owners Association, Inc.<br>c/o Leland Management<br>6972 Lake Glorida Blvd.<br>Orlando, FL 32809 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | BAC Home Lns LP/Ctrywde<br>450 American Street<br>Simi Valley, CA 93065-6285 |

In re  Andrew C. Shumway                    ,                    Case No. _____
                        **Debtor**                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Bank of America Home Loan<br>via Countrywide<br>1515 Walnut Grove, Room 162<br>Rosemead, CA 91770 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | BB&T<br>223 West Nash Street<br>Wilson, NC 27893 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | BB&T Mortgage<br>PO Box 2167<br>Greenville, SC 29602-2167 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Branch BB&T<br>223 West Nash Street<br>Wilson, NC 27893 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Bright House Networks<br>4000 Central Florida Blvd.<br>Bldg. 132, Space D<br>Orlando, FL 32816 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | CBE Group Inc.<br>131 Tower Park Drive<br>Suite 100<br>Waterloo, IA 50701 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | CBUSA/Sears<br>701 E. 60th St. N.<br>PO Box 6241<br>Sioux Falls, SD 57117 |

B 6H (Official Form 6H) (12/07)

In re _Andrew C. Shumway_____ ,          Case No. _____
        **Debtor**                                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | CCB Credit Services<br>1045 Outer Park Drive<br>Springfield, IL 62704 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Cach, LLC<br>4340 S. Monaco St.<br>Denver, CO 80237 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | CBC/Trustco Bank<br>320 State St.<br>Schenectady, NY 12305 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Chase<br>11200 W. Parkland Avenue, PO Box 3139<br>Milwaukee, WI 53201 - 3139 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Chase-BP Private Label<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Choice Data<br>1014 Heiskell Avenue<br>Knoxville, TN 37921-1932 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Citicards CBSDNA<br>PO Box 6500<br>c/o Citicorp<br>Sioux Falls, SD 57117-6500 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Citizens Auto Finance<br>480 Jefferson Blvd.<br>Warwick, RI 02886-1359 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Citizens Bank<br>1 Citizens Drive<br>Riversdale, RI 02915-3019 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Client Services, Inc.<br>re: BP Amoco<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Client Services re:  Sears/ Citi<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Client Services, Inc. re:  Citibank MC<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Client Services, Inc.<br>re: Macy's/Department Stores National Bank<br>3451 Harry S. Truman Blvd.<br>St. Charles, MO 63301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | City of Clermont<br>PO Box 120890<br>Clermont, FL 34712-0890 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Collect America via Cach, LLC<br>4340 S. Monaco St.<br>Denver, CO 80237 |

In re  Andrew C. Shumway                    ,          Case No. _____
         **Debtor**                                                           **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Countrywide/BAC<br>c/o Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Credit Management, LP<br>4200 International Parkway<br>Carrollton, TX 75007-1912 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Creditors Financial<br>3131 S. Vaughn Way<br>Suite 12<br>Aurora, CO 80014 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | CA/D. Michael Dendy, APLC<br>4340 S. Monaco St.<br>Denver, CO 80237 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Dillard's<br>PO Box 981469<br>El Paso, TX 79998-1469 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | DSNB/Macy's<br>9111 Duke Blvd.<br>Mason, OH 45040 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Emerge/FNBO/CCRT<br>5 Concourse Pkwy<br>Ste. 400<br>Atlanta, GA 30328 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Encore Receivable Management<br>400 N. Rogers Rd.<br>PO Box 3330<br>Olathe, KS 66063-3330 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway , Case No. _____
         **Debtor**                                                  **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Enhanced Recovery System<br>8014 Bayberry Road<br>Jacksonville, FL 32256 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Equifax Mortgage Services<br>1100 Peachtree St.<br>NE Ste.<br>Atlanta, GA 30309 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Equity Residential<br>6404 International Parkway, Suite 1500<br>Plano, TX 75093 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | EXPO/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Factact Free Disclosure<br>PO Box 1000<br>Chester, PA 19022 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Fair Collections & Outsourcing<br>12304 Baltimore Avenue, St. E<br>Beltsville, MD 20705 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | FIA CSNA<br>400 Christina Rd., #MS70<br>Newark, DE 19713 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Fifth Third Bank/BAC<br>c/o Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |

In re _Andrew C. Shumway_____ ,                    Case No. _____
             **Debtor**                                                                                       **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | First USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GC Services Limited Partnership<br>Collection Agency Division<br>PO Box 26999<br>San Diego, CA 92196 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GE Capital / Dillard's<br>PO Box 981471<br>El Paso, TX 79998 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GEMB/GE Money Bank Low<br>PO Box 103065<br>Roswell, GA 30076 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GEMB / Funancing<br>PO Box 6153<br>Rapid City, SD 57709-6153 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GEMB/Dillard's<br>PO Box 981469<br>El Paso, TX 79998-1469 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GEMB/Lowes<br>PO Box 981400<br>El Paso, TX 79998 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Global Credit Collection<br>300 I-Drive, Suite 100<br>PMB 10015<br>Buffalo, NY 14221 |

B 6H (Official Form 6H) (12/07)

In re _Andrew C. Shumway_____,          Case No. _____
          **Debtor**                                        **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | GMAC<br>PO Box 105677<br>Atlanta, GA 30348 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Holland & Knight<br>200 S. Orange Avenue<br>Suite 2600<br>Orlando, FL 32801-3461 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | HB Funding Inc.<br>7512 Dr. Phillips Blvd., Suite 50<br>Orlando, FL 32819 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Hinsdale Bank & Trust<br>25 E. 1st Street<br>Hinsdale, IL 60521-7825 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Home Depot Credit Card Services<br>Ccs Gray Ops Center<br>PO Box 6497<br>Sioux Falls, SD 57117 - 6497 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | I.C. System, Inc.<br>444 Hwy. 96 East<br>PO Box 64886<br>St. Paul, MN 55164-0886 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | JP Morgan Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Kohl's Corporate Offices<br>PO Box 2983<br>Milwaukee, WI 53201-2983 |

In re _Andrew C. Shumway_____ ,          Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Kroll Factual Data/New Carlisl<br>5200 Hahns Peak Dr.<br>Federal Savings<br>Loveland, CO 80538-8852 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Law Offices McCalla Raymer, LLC<br>1544 Old Ababama Road<br>Roswell, GA 30076 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | LTD Financial Services LP<br>7322 Southwest Fwyl, Ste. 1<br>Houston, TX 77074 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Luks, Santaniello, et al  c/o Oretes Perez<br>110 Tower, 20th Floor<br>110 SE 6 Street<br>Ft. Lauderdale, FL 33301 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Macy's/DSNB<br>9111 Duke Blvd.<br>Mason, OH 45040 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Macy's / FDSB<br>9111 Duke Blvd.<br>Mason, OH 45040 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | MCM<br>Dept. 12421<br>PO Box 603<br>Oaks, PA 19456 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
              **Debtor**                                                            **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Nationwide Recovery System<br>2304 Tarpley Rd., Ste. 134<br>Carrollton, TX 75006-2467 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | NCO Financial Services<br>205 Prudential Road<br>Horsham, PA 19044 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | NES - National Enterprise System<br>29125 Solon Rd.<br>Solon, OH 44139 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | North  American Credit Service<br>PO Box 18221<br>2810 Walker Rd.<br>Chattanooga, TN 37421-1082 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Northland Group<br>7831 Glenroy Road, Suite 145<br>Edina, MN 55439 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Ocala Equine Hospital<br>10855 NW US Hwy 27<br>Ocala, FL 34482 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Omni National Bank via Equifax Mortgage Service<br>6 E. Clementon Rd. Suite A2<br>Gibbsboro, NJ 08026 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Orange County<br>c/o Earl K. Woods, Tax Collector<br>PO Box 2551<br>Orlando, FL 32802 |

In re _Andrew C. Shumway_____ ,          Case No. _____
           **Debtor**                                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | OUC<br>PO Box 3193<br>Orlando, FL 32802 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Oxford Management Service<br>135 Maxess Rd.<br>Melville, NY 11747 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Penn Credit Corporation<br>PO Box 988<br>Harrisburg, PA 17108-0988 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Pinnacle Financial Group<br>7825 Washington Avenue S<br>Suite 310<br>Minneapolis, MN 55439-2409 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Platinum Credit Services<br>100 Broad Hollow Road, Suite 1<br>Farmingdale, NY 11735 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Sallie Mae<br>11100 USA Pkwy.<br>Fishers, IN 46037-9203 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Santander Consumer<br>PO Box 660633<br>Dallas, TX 75233-0633 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Sears<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |

In re  Andrew C. Shumway                    ,                    Case No. _____
               **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Sears/Citibank<br>PO Box 6189<br>Sioux Falls, SD 57117 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Stokes & Clinton, PC<br>1000 Downtowner Blvd.<br>Mobile, AL 36609 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Sunrise Credit Services<br>260 Airport Plaza Blvd.<br>Farmingdale, NY 11735 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Suntrust Bank<br>PO Box 85052<br>Richmond, VA 23285 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | THD/CBSD<br>PO Box 6497<br>Sioux Falls, SD 57117 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Tek-Collect Inc.<br>PO Box 1269<br>Columbus, OH 43216 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | The Dye Law Firm<br>236 East 5th Avenue<br>PO Box 4148<br>Tallahassee, FL 32315 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Titanium Solutions, Inc.<br>5225 W. Wiley Post Way<br>Suite 150<br>Salt Lake City, UT 84116 |

In re  Andrew C. Shumway                    ,          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Todd M. Hoepker, PA<br>111 N. Orange Avenue, Suite 1440<br>PO Box 3311<br>Orlando, FL 32802-3311 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | United Recovery Systems<br>5800 N. Course Drive<br>Houston, TX 77072 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | US Bank National Association<br>c/o Law Offices of Daneil C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Wachovia Bank, NA<br>PO Box 96074<br>Charlotte, NC 28296-0074 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Wells Fargo Bank, NA<br>800 Walnut Street MAC F4031-061<br>Des Moines, IA 50309 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Independence, OH 44131 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | WFCB/Blair<br>PO Box 29239<br>Shawnee Mission, KS 66201 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | WFNNB/American Signature<br>PO Box 18273<br>Columbus, OH 43218 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | WFFINANCE<br>800 Walnut St.<br>Des Moines, IA 50309 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | WLTMN, WNBRG<br>965 Keynote Circle<br>Independence, OH 44131 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Zakheim and Associates<br>1045 S. University Drive, Suite 202<br>Plantation, FL 33324 |
| Linda D. Azwell<br>15600 SW 36 Street<br>Ocala, FL 34481 | Equity Auto Financing, Inc.<br>Attn. Lauren Wright<br>2718 W. Oakland Park Blvd.<br>Ft. Lauderdale, FL 33311 |

In re  Andrew C. Shumway                    ,                    Case No. _____
                      **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mountain Tracks Developing & Building, LLC<br>c/o J. W. Stephens, RA<br>3387 E. 1st Street<br>Blue Ridge, GA 30513 | Appalachian Community Bank a/k/a Gilmer Bank<br>PO Box 10<br>109 Blue Ridge Drive<br>McCaysville, GA 30555 |

In re  Andrew C. Shumway                    ,          Case No. _____
              **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |
| Nature's Estates Resort & Spa<br>c/o Brent Baldasare<br>2806 Northampton Avenue<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802 - 0112 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
                  **Debtor**                                                      **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Cemex Construction Materials<br>c/o Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Charlton Stoner, PA<br>500 S. Pointe Dr., Ste. 230<br>Miami Beach, FL 33139 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Florida Bank of Commerce<br>c/o Craig E. Polejes<br>105 E. Robinson St. Suite 303<br>Orlando, FL 32802 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | H and H Stucco & Stone, Inc.<br>Lisa A. Oonk, Esq. and Thomas F. Brink, Esq.<br>5201 W. Kennedy Blvd., Suite 450<br>Tampa, FL 33609 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Paul Flesh<br>2266 Three Rivers Dr.<br>Orlando, FL 32828 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |

In re _Andrew C. Shumway_____ ,       Case No. _____
       **Debtor**                                                               **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Tri Tech Air Conditioning<br>c/o Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Interstruct, Inc. Attn. Richard Munroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Home Depot Credit Card Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 |
| Paul Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |

In re  Shumway, Andrew C.                    ,          Case No. _____
           **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul W. Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Paul W. Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | BSCT Holdings, LLC<br>Attn. Raul Sacarras<br>3708 S. Conway Road<br>Orlando, FL 32812 |

In re _Andrew C. Shumway_____ ,                    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Appalachian Community Bank a/k/a Gilmer Bank<br>PO Box 10<br>109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802-0112 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                          ,          Case No. _____
                **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | FDIC f/k/a OMNI Bank<br>Attn. Cole Kirk<br>Six Concourse Parkway, #2330<br>Atlanta, GA 30328 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann - Corporate Kitchen Consultant<br>20 Steelcase Rd., W. Unit 1C<br>Markham, ON L3R1B2 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |

B 6H (Official Form 6H) (12/07)

In re **Andrew C. Shumway**                    ,          Case No. _____
            **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street<br>4th Floor<br>Boston, MA 02110 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Paul C. Sorchy, II<br>1705 E. Hwy. 50  Suite B<br>Clermont, FL 34711-5186 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

In re  Shumway, Andrew C.                          ,          Case No. _____
                    **Debtor**                                                    **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | SBA<br>409 3rd St. SW<br>Washington, DC 20416 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | UCF Convocation Corporation<br>UCF Convocation Center, Bldg. 50<br>N. Gemini Blvd.<br>Orlando, FL 32816 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Beverly Naim<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |

In re  Shumway, Andrew C._____ ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Cemex Construction Materials<br>Attn. Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Charlton Stoner, PA<br>500 S. Pointe Drive, Suite 230<br>Miami Beach, Fl 33139 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | H and H Stucco & Stone, Inc.<br>c/o Brian D. Solomon, PL<br>101 E. 13 Street<br>Saint Cloud, FL 34769 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |

In re  Shumway, Andrew C.                    ,          Case No. _____
                 **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Tri Tech Air Conditioning<br>Attn. Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Robert W. Banks<br>c/o R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |

In re  Shumway, Andrew C.                    ,          Case No. _____
                **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | Concord Funding Group 57 Watermark Drive Tiverton, RI 02878 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | FDIC f/k/a OMNI Bank Attn. Cole Kirk Six Concourse Parkway, #2330 Atlanta, GA 30328 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | Interstruct, Inc. Attn. Richard Monroe 121 S. Orange Avenue, Suite 820N Orlando, FL 32801 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | SBA 409 3rd St. SW Washington, DC 20416 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | Beverly Nairn c/o Worldwide Capital Mortgage 1855 W. SR 434, Suite 267 Longwood, FL 32750 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | Capital One Bank USA NA PO Box 30281 Salt Lake City, UT 84130-0281 |
| Waterford Lakes Capital Partners 12850 Waterford Lakes Pkwy. Orlando, FL 32828 | Leasing Innovations, Inc. 87 Summer Street, 4th Floor Boston, MA 02110 |

In re  Andrew C. Shumway                    ,          Case No. _____
                 **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Cemex Construction Materials<br>c/o Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Charlton Stoner, PA<br>500 S. Pointe Dr., Ste. 230<br>Miami Beach, FL 33139 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Florida Bank of Commerce<br>c/o Craig E. Polejes<br>105 E. Robinson St. Suite 303<br>Orlando, FL 32802 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | H and H Stucco & Stone, Inc.<br>Lisa A. Oonk, Esq. and Thomas F. Brink, Esq.<br>5201 W. Kennedy Blvd., Suite 450<br>Tampa, FL 33609 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                    ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Tri Tech Air Conditioning<br>c/o Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Interstruct, Inc.  Attn. Richard Munroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Home Depot Credit Card Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |

In re  Shumway, Andrew C.                    ,          Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | BSCT Holdings, LLC<br>Attn. Raul Sacarras<br>3708 S. Conway Road<br>Orlando, FL 32812 |
| Whitney Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |

B 6H (Official Form 6H) (12/07)

In re **Andrew C. Shumway** ,        Case No. _____
        **Debtor**                                                  **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Appalachian Community Bank a/k/a Gilmer Bank<br>PO Box 10<br>109 Blue Ridge Drive<br>McCaysville, GA 30555 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Baker Hostetler, LLP<br>PO Box 112<br>Orlando, FL 32802-0112 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | BB&T of Tennessee<br>Business Loan Center<br>PO Box 530003<br>Charlotte, NC 28258-0003 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Craig Buschbom<br>2805 Northampton Avenue<br>Orlando, FL 32828 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | David D. Howes<br>2114 The Oaks Blvd.<br>Kissimmee, FL 34746 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | David Edmundson<br>623 Carey Way<br>Orlando, FL 32825 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Dennis Rakaukas<br>9904 Montclair Circle<br>Apopka, FL 32703 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Eric Janowitz<br>2974 Sweetspire Circle<br>Oviedo, FL 32766 |

B 6H (Official Form 6H) (12/07)

In re  Andrew C. Shumway                          ,        Case No. _____
           **Debtor**                                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Erik Lerner<br>1405-D<br>Hiawassee Rd.<br>Orlando, FL 32825 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | FDIC f/k/a OMNI Bank<br>Attn. Cole Kirk<br>Six Concourse Parkway, #2330<br>Atlanta, GA 30328 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Firkin Group of Pubs<br>Gavin Neumann - Corporate Kitchen Consultant<br>20 Steelcase Rd., W. Unit 1C<br>Markham, ON L3R1B2 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Interstruct, Inc.<br>Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Jackie D. Haun<br>3828 Lake Pickett Court<br>Orlando, FL 32820 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | John Alexandrou<br>3925 Peppervine Drive<br>Orlando, FL 32828 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Jonathan & Arlene Noble<br>2500 Milvia Street, Suite 218<br>Berkeley, CA 94704 |

In re  Andrew C. Shumway                    ,                    Case No. _____
                    **Debtor**                                                              **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Kenneth McKinney<br>10355 Stone Glen Drive<br>Orlando, FL 32825 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Leasing Innovations, Inc.<br>87 Summer Street<br>4th Floor<br>Boston, MA 02110 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Matthew Hand<br>2288 Holly Pine Circle<br>Orlando, FL 32820 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Matthew C. Westheimer<br>8515 W. McNab Road<br>Ft. Lauderdale, FL 33321 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Our Father's Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Paul C. Sorchy, II<br>1705 E. Hwy. 50  Suite B<br>Clermont, FL 34711-5186 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |
| Whitney and Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337 |

B 6H (Official Form 6H) (12/07)

In re   Shumway, Andrew C.                        ,          Case No. _____
              **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | SBA<br>409 3rd St. SW<br>Washington, DC 20416 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Susan M. Collins<br>4124 Pebblebrook Ct.<br>Orlando, FL 32820 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Concord Funding Group<br>57 Watermark Drive<br>Tiverton, RI 02878 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | UCF Convocation Corporation<br>UCF Convocation Center, Bldg. 50<br>N. Gemini Blvd.<br>Orlando, FL 32816 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Baldwin Accounting, CPA<br>5728 Major Boulevard, #501<br>Orlando, FL 32819 |
| Whitney & Patricia Harp<br>2589 Corbyton Court<br>Orlando, FL 32828 | Beverly Nairn<br>c/o Worldwide Capital Mortgage<br>1855 W. SR 434, Suite 267<br>Longwood, FL 32750 |

B 6H (Official Form 6H) (12/07)

In re _Andrew C. Shumway_____ ,                    Case No. _____
                    **Debtor**                                                          **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Cahours Brothers<br>c/o Richard Bergholtz, Esq.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Cemex Construction Materials<br>c/o Danielle Belcher<br>3626 Quadrangle Blvd., Suite 200<br>Orlando, FL 32817 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792<br>Hollywood, FL 33021 | Charlton Stoner, PA<br>500 S. Pointe Dr., Ste 230<br>Miami Beach, FL 33139 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | City Electric Supply<br>c/o Lewis W. Stone, Esq.<br>4850 N. Hwy. 19A<br>Mt. Dora, FL 32757 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | H and H Stucco & Stone, Inc.<br>Lisa Oonk &Thomas Brink, Esqs.<br>5201 W. Kennedy Blvd., Suite 450<br>Tampa, FL 33609 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Hartford South, LLC<br>Attn. Jay Rintelmann<br>7326 Orange Avenue<br>Orlando, FL 32809 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Interstruct, Inc. Attn. Richard Monroe<br>121 S. Orange Avenue, Suite 820N<br>Orlando, FL 32801 |
| Woodbury, LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Jim's Plumbing & Irrigation<br>6915 Partridge Lane<br>Orlando, FL 32807 |

B 6H (Official Form 6H) (12/07)

In re  Shumway, Andrew C.                    ,          Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Woodbury LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801 |
| Woodbury LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Swell Construction<br>c/o Ryan E. Davis, Esq.<br>PO Box 1391<br>Orlando, FL 32802 |
| Woodbury LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Tri Tech Air Conditioning<br>Attn. Barry Kalmanson, Esq.<br>500 N. Maitland Avenue, Suite 305<br>Maitland, FL 32751 |
| Woodbury LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | Trustco Bank<br>Attn. George Wickswat<br>3 Sarnowski Drive<br>Schenectady, NY 12302 |
| Woodbury LLC<br>3440 N. Goldenrod Rd., #427<br>Winter Park, FL 32792 | WT Electrical Contractor, Inc.<br>Attn. Wilson Tabares<br>1990 S. Chickasaw Trail<br>Orlando, FL |

B6I (Official Form 6I) (12/07)

In re  Shumway, Andrew C._____ ,          Case No. _____
                  **Debtor**                                                        (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | **DEBTOR** | **SPOUSE** |
| Occupation | | |
| Name of Employer | Threshold, Inc | |
| How long employed | 1 year | |
| Address of Employer | 3550 N. Goldenrod Road, Winter Park, FL 32792 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $ 3,929.08 | $ |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $ 3,929.08 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ -768.78 | $ |
| b. Insurance | $ -188.20 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify): _____ | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ -956.98 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,972.10 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. Social security or government assistance (Specify): _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify): _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,972.10 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,972.10 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   I am not anticipating any increase in salary because the company I work for is having financial problems and there is a possiblity that I might lose my job.

B6J (Official Form 6J) (12/07)

In re  Shumway, Andrew C.                    ,          Case No. _____
                    Debtor                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1 Rent or home mortgage payment (include lot rented for mobile home) | | $   627.00 |
| a. Are real estate taxes included?         Yes _____  No _____ | | |
| b. Is property insurance included?         Yes _____  No _____ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $   150.00 |
| b. Water and sewer | | $   50.00 |
| c. Telephone | | $   100.00 |
| d. Other  Cable & Internet | | $   100.00 |
| 3. Home maintenance (repairs and upkeep) | | $   100.00 |
| 4. Food | | $   400.00 |
| 5 Clothing | | $   50.00 |
| 6 Laundry and dry cleaning | | $   50.00 |
| 7. Medical and dental expenses | | $   100.00 |
| 8 Transportation (not including car payments) | | $   150.00 |
| 9 Recreation, clubs and entertainment, newspapers, magazines. etc. | | $   200.00 |
| 10.Charitable contributions | | $   20.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $   25.00 |
| b. Life | | $   0.00 |
| c Health | | $   0.00 |
| d Auto | | $   155.00 |
| e. Other _____ | | $   0.00 |
| 12 Taxes (not deducted from wages or included in home mortgage payments) (Specify)  I.R.S. Installment Payments | | $   250.00 |
| 13 Installment payments. (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a  Auto | | $   303.00 |
| b. Other  Personal Loan | | $   150.00 |
| c. Other  AMSCOT Cash Advance Loan | | $   102.00 |
| 14. Alimony, maintenance, and support paid to others | | $   0.00 |
| 15 Payments for support of additional dependents not living at your home | | $   0.00 |
| 16 Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $   0.00 |
| 17 Other  Mortgage Payment & Expenses for 14155 Popcorn Tree Court | | $   2,453.00 |
| 18 AVERAGE MONTHLY EXPENSES (Total lines 1-17  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data ) | | $   5,535.00 |

19 Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document


20 STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $   2,972.10 |
| b. Average monthly expenses from Line 18 above | $   5,535.00 |
| c. Monthly net income (a. minus b.) | $   -2,562.90 |

In re  Shumway, Andrew C.           ,
_____Debtor_____

Case No. _____
_____(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  03/25/2010                              Signature _____
                                                                              Debtor

Date  _____        Signature: _____
                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____

_____

_____
Address

X _____                     _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re: Shumway, Andrew C.       ,     Case No. _____
          Debtor                                 (if known)

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use an attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

   1.   **Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of
☐      the debtor's business, including part-time activities either as an employee or in independent trade or business, from the
       beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the
       **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on
       the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates
       of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
       under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

       AMOUNT                    SOURCE

         $58,911.19     2009 Income from Threshold, Inc. $45,159.41
                            2010 Income from Threshold, Inc. $13,751.78

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within* **90 days** *immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)*

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Attached Exhibit for Suits

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GMAC, PO Box 380902 Bloomington, MN 55438 | 04/23/2009 | 2005 GM HUMMER H3 $16,000 |

---

## Statement of Financial Affairs - Question 4
## Suits and administrative proceedings,
## executions, garnishments and attachments

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Appalachian Community Bank vs Blue Ridge GA Capital Partners, LLC, et al., case no. 2009-V-870 | Civil | In the Superior Court of Fannin County, State of Georgia | Pending |
| Trustco Bank vs Woodbury, LLC, et al., case no. 09-CA-878 | Civil | Circuit Court of the 5th Judicial Circuit, in and for Lake County, Florida | Pending |
| UCF Convocation Corporation vs CFP at UCF LLC d/b/a The Firkin and Knight, et al., case no., 2009-CA-005075-O | Civil | Circuit Court of the 9th Judicial Circuit, in and for Orange County, Florida | |
| Forida Bank of Commerce as Assignee from Trustco vs Avia Capital Partners LLC, et a., case no. 2008-CA-034323-O | Foreclosure | Circuit Court of the 9th Judicial Circuit, in and for Orange County, Florida | certificate of title issued 1/4/2010 |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None


a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None


b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3440 N. Goldenrod Rd. #427 Winter Park, FL 32828 | Andrew C. Shumway | April 2009 to Present |
| 14155 Popcorn Tree Court Orlando, FL 32828 | Andrew C. Shumway | July 2004 to April 2009 |

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

See Attached Exhibit
for Businesses

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

       NAME                 ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

      NAME AND ADDRESS                      DATES SERVICES RENDERED

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME            ADDRESS             DATES SERVICES RENDERED

## Statement of Financial Affairs - Question 18
## Nature, Location and Name of Business

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURES OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Threshold Green Design Buid, Inc | | 3550 N. Goldenrod Road Winter Park, FL 32792 | no ownership interest; debtor is a director | 04/21/09 to Present |
| Michael Gleber and Associates, PA | 65-0763157 | 918 NE 20th Ave, 2nd Flr Ft. Lauderdale, FL 33304 | | 07/23/95 to 09/14/07 |
| Build It, Inc. | 65-0879142 | 918 NE 20th Ave, 2nd Flr Ft. Lauderdale, FL 33304 | | 11/20/98 to 09/15/06 |
| Avia Management, LLC | 20-3882709 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 10/08/05 to 06/12/06 |
| Nature's Estates Resort, LLC | | 2266 Three Rivers Drive Orlando, FL 32828 | | 09/14/07 to Present |
| Resort & Spa Investments, LLC | | 2266 Three Rivers Drive Orlando, FL 32828 | | 09/26/07 to Present |
| Build It Construction, Inc. | 59-1546845 | 2266 Three Rivers Drive Orlando, FL 32828 | | 07/10/74 to 09/26/08 |
| M.A.P. Enterprises of South Florida, Inc. | 65-1143412 | 918 NE 20th Ave, 2nd Flr Ft. Lauderdale, FL 33304 | | 10/12/01 to 09/15/06 |
| Innovative Design Group Inc | | 3440 N. Goldenrod Rd, #427 Winter Park, FL 32792 | | 03/14/05 to 09/14/07 |
| Woodbury, LLC | 20-0404417 | 3440 N. Goldenrod Rd, #427 Winter Park, FL 32792 | | 11/10/03 to Present |
| Central Florida Pubs, LLC | 20-3027958 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 06/20/05 to Present |
| Edgewood Estates, LLC | 20-3882667 | 2806 Northampton Ave Orlando, FL 32828 | | 10/10/05 to Present |
| Woodbury Capital Partners, LLC | 20-3944266 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 12/14/05 to Present |
| Blue Ridge Georgia Capital Partners, LLC | 20-4164268 | 2806 Northampton Ave Orlando, FL 32828 | | 01/23/06 to Present |
| Blue Ridge Georgia Properties, LLC | 20-4163992 | 2266 Three Rivers Drive Orlando, FL 32828 | | 01/23/06 to 09/26/08 |

## Statement of Financial Affairs - Question 18
### Nature, Location and Name of Business

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURES OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Avia Capital Partners, LLC | 20-4747327 | 2266 Three Rivers Drive Orlando, FL 32828 | | 03/24/06 to Present |
| Waterford Lakes Capital Partners, LLC | 20-4747510 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 04/06/06 to Present |
| CFP at Waterford, LLC | 20-5983437 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 11/29/06 to Present |
| CFP at UCF, LLC | 20-8541447 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 03/01/07 to 09/25/09 |
| M.A.P. Realty Services, Inc. | 65-1128868 | 918 NE 20th Ave, 2nd Flr Ft. Lauderdale, FL 33304 | | 08/01/01 to 12/22/05 |
| A.P.W. Real Estate Development, Inc. | 20-2544560 | 12850 Waterford Lakes Prkwy Orlando, FL 32828 | | 03/14/05 to Present |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21 . Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None 
a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                      ADDRESS                DATE OF WITHDRAWAL

None 
b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                TITLE                DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS                                     AMOUNT OF MONEY
OF RECIPIENT,                DATE AND PURPOSE       OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL          AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None ☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    03/25/2010          Signature of Debtor

Date                     Signature of Joint Debtor (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                     Signature

                                 Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer             Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Shumway, Andrew C. _____ ,                                 Case No. _____
                    Debtor                                                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America/Countrywide - Homestead | 14155 Popcorn Tree Court, Orlando, FL 32828 |

Property will be *(check one)*:
  ☑ Surrendered                          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☑ Claimed as exempt                          ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Suntrust Bank - HELOC Line of Credit | 14155 Popcorn Tree Court, Orlando, FL 32828 |

Property will be *(check one)*:
  ☑ Surrendered                          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☑ Claimed as exempt                          ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>Cranes Landing Apartments | **Describe Leased Property:**<br><br>3440 N. Goldenrod Rd, Apt 427 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES          ☑ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES          ❑ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES          ❑ NO |

1   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 03/25/2010

_____
Signature of Debtor

_____
Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Equity Auto Financing | **Describe Property Securing Debt:**<br>2008 Dodge Caliber |

Property will be *(check one)*:
   ❏ Surrendered              ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ❏ Redeem the property
   ☑ Reaffirm the debt
   ❏ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
   ☑ Claimed as exempt              ❏ Not claimed as exempt

**PART B** - Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

In re _Shumway, Andrew C._
　　　Debtor(s)

Case Number: _____
　　　(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ The presumption arises. |
| ☑ The presumption does not arise. |
| ☐ The presumption is temporarily inapplicable. |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>　　　a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　　　　☐ I remain on active duty /or/<br>　　　　　☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　　　　OR<br><br>　　　b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>　　　　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<table><tr><td>a.</td><td>Gross receipts</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $</td><td>Spouse $</td></tr></table> | $ | $ |

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | | | |
|---|---|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | | |
|---|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br>☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br> ☐ 1  ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions** | | |
|---|---|---|---|
| | **Note: Do not include any expenses that you have listed in Lines 19-32** | | |
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | | a. | Health Insurance | $ | |
| | | b. | Disability Insurance | $ | |
| | | c. | Health Savings Account | $ | |
| | Total and enter on Line 34 | | $ |
| | **If you do not actually expend this total amount**, state your actual total average monthly expenditures in the space below: $ _____ | | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |
|---|---|---|---|---|---|

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no | |
| | b. | | | $ | ☐ yes ☐ no | |
| | c. | | | $ | ☐ yes ☐ no | |
| | | | | Total: Add Lines a, b and c. | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |
|---|---|---|---|---|

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|---|
| | a. | | | $ | |
| | b. | | | $ | |
| | c. | | | $ | |
| | | | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | | |
|---|---|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | Enter the amount from Line 18 (Current monthly income for § 707(b)(2)) | $ |
| 49 | Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date: 3/25/2010          Signature: _____ *(Debtor)*<br><br>Date: _____          Signature: _____ *(Joint Debtor, if any)* |

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re  Shumway, Andrew C.
           Debtor

Case No. _____

Chapter  7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

X_____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

 Andrew C. Shumway
Printed Name(s) of Debtor(s)

X_____  03/25/2010
Signature of Debtor          Date

Case No. (if known) _____

X_____  _____
Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.