# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

ANDREW C. SHUMWAY,     CASE NO.: 6:10-bk-05601-ABB
              CHAPTER 7

  Debtor.

_____/

## CHAPTER 7 TRUSTEE'S MOTION TO (i) AUTHORIZE SALE OF ESTATE'S MINORITY INTERESTS IN CERTAIN CLOSELY HELD ENTITIES SUBJECT TO HIGHER OFFERS, (ii) APPROVE BREAK UP FEE AND (iii) IMPLEMENT RIGHT OF FIRST REFUSAL

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

  Pursuant to Local Rule 2002-4, the Court will consider this motion, without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at the United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on the Trustee, Carla Musselman, CPA, CFP, Chapter 7 Trustee, 1619 Druid Rd., Maitland, FL 32751 and counsel for the Buyer, Douglas A. Goldin, Esq., Broad and Cassel, P.O. Box 4961, Orlando, FL 32802-4961.

  If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

  CARLA P. MUSSELMAN, in her capacity as the duly appointed Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of ANDREW C. SHUMWAY ("**Debtor**"), pursuant to 11 U.S.C. § 363(f), Rules 2002, 6004, and 9014, Fed.R.Bankr.P., moves (the "**Sale Motion**") for the entry of an Order authorizing and approving the sale of the estate's minority interests in certain closely held entities, subject to higher offers free and

-1-

clear of all liens, claims, encumbrances, and interests, with valid and enforceable encumbrances, if any, attaching to the proceeds of the sale, approving a breakup fee, and implementing a right of first refusal. In support of this Sale Motion, Trustee states as follows:

## I.     Jurisdiction and Venue

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of these proceedings is proper in this Judicial District pursuant to 28 U.S.C. § 1408.

## II.     Background

2.      On April 5, 2010, the Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "**Petition Date**").

3.      Trustee is the duly appointed trustee in this case.

## III.     Proposed Sale of the Minority Interests

4.      Property of the bankruptcy estate, pursuant to 11 U.S.C. §541(a), includes the estate's minority interest in the following three (3) closely held entities (collectively, the "**Minority Interests**") as disclosed on the Debtor's sworn Schedule "B" with the following percentage of ownership and stated value:

(a)     Avia Capital Partners, LLC, a Florida limited liability company ("**Avia**"); 25% membership interest owned by the estate, with an unknown value per the Debtors;

(b)     Waterford Lakes Capital Partners, LLC, a Florida limited liability company ("**Waterford**"); 20% membership interest owned by the estate, with an unknown value per the Debtors; and

-2-

(c)    CFP at Waterford, LLC, a Florida limited liability company ("**CFP**");18% membership interest owned by the estate, with an unknown value per the Debtors.

(Avia, Waterford, and CFP are each individually referred to as an "**Entity**" and collectively the "**Entities**")

### IV.    Prospective Buyer and Proposed Purchase Price

5.    The Trustee has received a $6,000 offer (the "**Initial Bid**") for the Minority Interests from Ms. Ashleigh Harp (the "**Buyer**"), pursuant to the Sale Contract attached hereto as Exhibit "A" (the "**Sale Contract**"), and the Buyer has deposited with the Trustee a deposit in the amount of $1,000.

6.    Accordingly, subject to the Court's approval, Trustee proposes to sell the estate's right, title, and interest in and to the Minority Interests to the Buyer pursuant to the terms of the Sale Contract.

### V.    The Stalking Horse Fee

7.    The Trustee has determined that the offer presented by the Buyer represents the highest or otherwise best present offer for the Minority Interests.  Buyer has agreed to be the stalking-horse bidder provided it receives a break-up fee (the "**Stalking Horse Fee**") and a right of first refusal.  The Stalking Horse Fee shall be a flat fee of $1,000 and shall be earned and payable in the event the Bankruptcy Court approves a sale of the Minority Interests to a Qualified Bidder (as defined herein) (which may be the Buyer), for a price other than the Initial Bid.

8.    The Trustee and the Buyer have dealt with one another in good faith and at arm's length.  The Trustee submits that the $1,000 Stalking Horse Fee is essential for

-3-

multiple purposes including (i) maximizing value of any bids; (ii) compensating Buyer for the effort entailed in compiling and presenting its offer to the Trustee and for Buyer's counsel for the fees incurred in drafting this Motion and proposed Order for approval by the Trustee; (iii) Buyer's gathering and presenting of due diligence which is now available to the Trustee and Qualified Bidders; and (iv) providing information on a Rule 2004 examination concerning the Minority Interests to all Bidders. Moreover, the approval of the Stalking Horse Fee is a condition upon which Buyer's offer is based.

## VI.    11 U.S.C. §363(m) Good Faith Buyer

9.     The Trustee believes that the Buyer has made its offer to purchase the Minority Interests in good faith.

10.     The Buyer is not a creditor of the Debtors. However, the Buyer is the daughter of another member and manager of the Entities.

11.     The Trustee requests that this Court recognize the Buyer as a good faith purchaser for value pursuant to 11 U.S.C. §363(m).

## VII.    Liens and Encumbrances

12.     Pursuant to the Sale Contract, the Trustee proposes to sell the estate's right, title, and interest in and to the Minority Interests, (a) "as is/where is," with no express or implied warranties, guarantees, or representations of any kind, and (b) free and clear of all liens, claims (as defined by 11 U.S.C. §101(5)), encumbrances and interests (collectively, the "Encumbrances"), if any, with any valid Encumbrances attaching to the proceeds of sale pursuant to 11 U.S.C. § 363(f).

-4-

13.    The Debtor's sworn schedules do not disclose any Encumbrances on the Minority Interests. Trustee is not aware of any Encumbrances on the Minority Interests.

### VIII.    Transactional Costs

14.    Pursuant to the terms and conditions of the Sale Contract, the Buyer will be responsible for all transactional costs associated with the sale of the Minority Interests.

### IX.    Sale is "As Is, Where Is"- No Warranties

15.    The Minority Interests are being sold "as is, where is" with no warranties of any kind "express, implied or otherwise." It is the Buyer's responsibility to examine title or otherwise and identify any encumbrances not disclosed above that exist, and it is the Buyer's responsibility to satisfy those encumbrances.

### X.    Request for Authority to Sign Documents Necessary to Close Sale

16.    The Trustee requests that this Court authorize her to sign any documents necessary to close the sale of the Minority Interests that are within her purview and authority as Chapter 7 bankruptcy trustee.

### XI.    Sale Procedures

17.    The Trustee will entertain any higher bids for the purchase of the Minority Interests described above.  Such bids must be in writing and adhere to the same terms and conditions as contained in the Sale Contract.

### A.    Bid Procedures

18.    The Trustee has systematically determined that the proposed bidding and auction procedures (the "**Bidding Procedures**") are necessary to maximize the

-5-

realizable value of the Minority Interests for the benefit of the Debtor's estate, creditors and other interested parties, consistent with the need to expedite the sale process. The Bidding Procedures are as follows:

(i) **Participation Requirements**.

19.     Unless otherwise ordered by the Bankruptcy Court, for good cause shown, to participate in the bidding process a "Qualified Bidder" must deliver a written bid greater than $7,000.00; and (ii) have provided a deposit by way of a cashier's check payable to the Trustee in the amount of $1,000.00 by the Bid Deadline below.

(ii) **Due Diligence**.

20.     The Operating Agreement of each of the Entities will be available for review at the Trustee's office during normal business hours prior to the sale. All potential bidders are strongly encouraged to review such documents prior to submission of a bid. The Buyer has taken the due diligence deposition of the corporate representative of Waterford, Avia and CFP. The transcript for said deposition is available for purchase at the potential bidders' expense. In the alternative, all potential bidders are also invited to participate in any Rule 2004 examination of a representative of each Entity.

(iii) **Bid Deadline and Bid Requirements**.

21.     Any higher and competing bids must be received by the Trustee at 1619 Druid Rd., Maitland, FL 32751 and copied to counsel for the Buyer, Douglas Goldin, Esquire, Broad and Cassel, P.O. Box 4961, Orlando, FL 32802-4961 no later than twenty-one (21) days from the date of service of this paper (the "**Bid Deadline**").

-6-

22.     The Trustee will consider a bid only if the bid:

(a)     provides for a Purchase Price of at least $7,000;

(b)     is on similar terms that, in the Trustee's sole business judgment, are substantially similar to and not materially more burdensome or conditional than the terms of the Sale Contract;

(c)     is not conditioned on obtaining financing or on the outcome of unperformed due diligence by the Qualified Bidder with respect to the assets sought to be acquired;

(d)     states the legal name of the Qualified Bidder, an address of the Qualified Bidder, an identifying tax identification number and any relationship to any member or manager to any of the Entities or the Debtors;

(e)     does not request or entitle the Qualified Bidder to any break-up fee, termination fee, expense reimbursements, commission or similar type of payment;

(f)     is subject to the Operating Agreement for each Entity, unless modified by Court Order, including the rights of first refusal set forth therein.  For purpose of the successful exercise of a right of first refusal, the Purchase Price is allocated 1/3 to the estate's minority interest in Avia, 1/3 to the estate's minority interest in the Waterford, and 1/3 to the estate's minority interest in CFP; and

(g)     The sale of the Minority Interests would also be subject to the admittance of the Buyer as a substituted member of each of the Entities in accordance with the applicable Operating Agreement and the termination of Andrew Shumway's position as a manager of each of the Entities.

23.     A bid received from a Qualified Bidder that meets the above requirements is a "**Qualified Bid**."

24.     If the Trustee receives a higher and competing bid for the Minority Interests, a telephone auction will occur among the competing bidders on the earliest date the Trustee can arrange such an auction.  The Trustee shall notify all Qualified

-7-

Bidders who have submitted Qualified Bids. At such auction, Qualified Bidders will be permitted an opportunity to increase their bids.

25.     Upon conclusion of the auction, or, if the Trustee, in his sole discretion, determines not to proceed with the auction, then promptly following the Bid Deadline, the Trustee shall review each Qualified Bid on the basis of the financial and contractual terms and the factors relevant to the sale process, including those factors affecting the speed and certainty of consummating the sale with respect to such assets and identify the highest and best offer for the Minority Interests (the "**Successful Bid**"). The person or entity making the Successful Bid is referred to as the "**Successful Bidder**."

26.     At the Sale Hearing, the Trustee shall present the Successful Bid to the Bankruptcy Court for approval. The Trustee may adopt rules for the bidding process that, in his judgment, will better promote the goals of the bidding process and that are not inconsistent with any of the provisions of the Sale Contract, any Bankruptcy Court order, or the Bidding Procedures set forth by the Trustee.

(iv)     **Acceptance of Qualified Bids and Bid Protections**.

27.     The Trustee presently intends to sell the Minority Interests to the Buyer or other Qualified Bidder submitting the highest or otherwise best Qualified Bid. The Trustee's presentation to the Bankruptcy Court for approval of a particular Qualified Bid does not constitute the Trustee's acceptance of the bid, except as otherwise provided by the Bidding Procedures. The Trustee may accept a bid by another Qualified Bidder at its sole discretion.

4843-9060-4295.1
44041/0002

(v)     **Non-Binding Back-up Bidder**.

28.     The Successful Bidder shall close within three (3) days of the expiration of the right of first refusal period required by the Operating Agreement for each Entity.  The next highest bidder shall be designated the Back-Up Bidder and shall be given the opportunity to close within three (3) days after notification that the Successful Bid has failed to close on the same terms as the Successful Bid.

**B.     Implementation of Right of First Refusal (Secondary Auction)**

29.     Upon selection of the Successful Bidder, the Trustee shall notify the members and managers of the Entities in writing of the terms of the Successful Bid in accordance with Article IX or other applicable section of the Operating Agreement for each Entity; provided, however, the sixty (60) day periods during which the members and managers, respectively, may elect to exercise their rights of first refusal to purchase the Minority Interests in the various Entities shall run concurrently and any members and/or managers that exercise their rights must have provided a cashier's check to the Trustee of 25% of their bid at the time they exercise their right of first refusal.

30.     In the event that a member or manager of any Entity exercises its right of first refusal, a telephone auction will occur among the Successful Bidder and the electing members and/or manager on the earliest date the Trustee can arrange such an auction.  At such auction, the Successful Bidder and the members and/or managers exercising rights of first refusal will be permitted an opportunity to increase their bids.  Upon conclusion of the auction, if held, the highest and best monetary offer for the Minority Interests (if other than the original Successful Bid) shall thereafter be and

-9-

become the Successful Bid and the person making such offer shall be deemed to be the Successful Bidder.

## XII.  Notification that F.R.B.P 6004(h) Applies

31.     Parties and interested bidders are hereby notified that F.R.B.P 6004(h) applies to the sale of the Minority Interests.  F.R.B.P 6004(h) states as follows: "An order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise."

32.     Therefore, the closing of the sale will not occur before fourteen (14) days after the entry of an order(s) approving the sale.

**WHEREFORE**, Trustee respectfully requests this Court to enter an Order granting the following relief:

a.      granting this Sale Motion in all respects;

b.      approving the Sale Contract and authorizing Trustee to execute any and all documents necessary to consummate the sale of the Minority Interests;

c.      recognizing the Buyer as a good faith purchaser for value pursuant to 11 U.S.C. §363(m);

d.      authorizing and approving the sale of the Minority Interests for the Purchase Price of $6,000 and the Minority Interests will be free and clear of all

-10-

Encumbrances, with all valid Encumbrances attaching to the proceeds of the sale and all holders of Encumbrances being enjoined from asserting such claims against the Buyer;

     e.     approving the Stalking Horse Fee of $1,000;

     f.     admitting the Buyer as a substituted member of each of the Entities in accordance with Article IX of the respective Operating Agreement and terminating Andrew Shumway as a manager of each of the Entities;

     g.     limiting service of the order approving the proposed sale of the Minority Interests to the Debtor, the Debtor's attorney, the Trustee, the Buyer, the Buyer's attorney, the Office of the United States Trustee, and other parties to the proposed transaction and any objecting party;

     h.     retaining jurisdiction over this matter for the entry of further Orders as may be necessary or appropriate; and

     h.     granting such other and further relief as the Court deems just and proper.

Carla P. Musselman, CPA, CFP
Chapter 7 Trustee
1619 Druid Rd.
Maitland, Florida 32751
Telephone: (407) 657-4951
Fax: (407) 644-4306
chapter7trust@aol.com

-11-

4843-9060-4295.1
44041/0002

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either electronic noticing or U.S. Mail to: Attorney for Debtor, Frank M. Wolff, Esquire, Wolff Hill McFarlin & Herron PA, 1851 West Colonial Drive, Orlando, Florida 32804; Debtor, Andrew C. Shumway, 3440 North Goldenrod Road, Apt. 427, Winter Park, Florida 32792; all Parties listed on the attached All Creditors Matrix; the Office of the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, and the other Members of the Entities: Whitney W. Harp, 12850 Waterford Lakes Parkway, Orlando, Florida 32828; Paul W. Flesh and Vanessa C. Flesh, 2266 Three Rivers Drive, Orlando, Florida 32828; Brent R. Baldasare, 2806 Northamton Avenue, Orlando, Florida 32828; Daniel R. Saile, 2452 Bancroft Boulevard, Orlando, Florida 32833; and Leon and Corina Sacco, 2438 River Rise Orlando, Florida 32828, this 27th day of August, 2010.

> **BROAD AND CASSEL**
> Attorneys for Proposed Buyer
> 390 North Orange Avenue, Suite 1400
> Orlando, Florida 32801
> PO Box 4961 (32802-4961)
> Telephone: (407) 839-4200
> Facsimile: (407) 650-0927
>
> By:_____ */s/ Roy S. Kobert*_____
> Roy S. Kobert, P.A.
> Florida Bar #: 777153
> rkobert@broadandcassel.com

4843-9060-4295.1
44041/0002

<u>EXHIBIT "A"</u>

<u>SALE CONTRACT</u>

     **THIS SALE CONTRACT** (the "Sale Contract") is entered into this 25th day of August, 2010, ("Effective Date") by and among CARLA P. MUSSELMAN, in her capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of ANDREW C. SHUMWAY ("Debtor"), as seller, and ASHLEIGH HARP ("Buyer"), as buyer.

     **WHEREAS**, the estate of the Debtors is the owner of a minority interest in Avia Capital Partners, LLC, a Florida limited liability company ("Avia")[1], Waterford Lakes Capital Partners, LLC, a Florida limited liability company ("Waterford")[2], and CFP at Waterford, LLC, a Florida limited liability company ("CFP")[3] (Avia, Waterford, and CFP are each individually referred to as an "Entity" and collectively referred to as the "Entities"); and

     **WHEREAS**, Buyer desires to purchase from the Debtors' estate, the estate's interest in the Entities, in accordance with the terms and conditions of this Sale Contract.

     **NOW, THEREFORE**, in consideration of the mutual covenants and promises contained herein, the parties hereto agree as follows:

     1 . <u>Recitals</u>. The recitals set forth above in the "Whereas" clauses are true and correct and are incorporated herein by this reference.

---

[1] According to Debtors' sworn schedule, the Debtors own a 25% membership interest with an unknown value.
[2] According to Debtors' sworn schedule, the Debtors own a 20% membership interest with an unknown value.
[3] According to Debtors' sworn schedule, the Debtors own a 18% membership interest with an unknown value.

-13-

4843-9060-4295.1
44041/0002

2.  <u>Sale and Purchase</u>.  Subject to the terms and conditions hereinafter set forth in this Sale Contract, Trustee agrees to sell and transfer all the interest of the Debtors' estate in the Entities, including, but not limited to, the Debtors' estate's economic interest and the right to participate in the management of the business and affairs of the Entities (the "Minority Interests"), to Buyer, and Buyer agrees to purchase and acquire the Minority Interests from Trustee for the Purchase Price and pursuant to the terms set forth below.

-14-

3.     Purchase Price, Deposit, and Stalking Horse Fee.   Buyer shall pay to Trustee and Trustee shall accept as complete and total payment for the Minority Interests to be sold and purchased hereunder, the sum of $6,000, payable at Closing (the "Purchase Price"), allocated as follows: 1/3 for the estate's interest in Avia, 1/3 for the estate's interest in Waterford, and 1/3 for the estate's interest in CFP.   Upon execution of this Sale Contract, Buyer shall pay to Trustee a deposit in the amount of 25% of the Purchase Price (the "Deposit").   The Deposit shall only be refundable to Buyer as set forth herein.   At Closing, the Deposit shall be credited to the Purchase Price.

4.     Closing.   Within ten (10) days after the Effective Date, Trustee shall file a motion pursuant to 11 U.S.C. § 363(f) with the United States Bankruptcy Court for the Middle District of Florida, requesting an order (the "Sale Order") approving the terms of this Sale Contract, subject to higher and competing bids to be received by Trustee and the rights of first refusal identified below.   In the event that competing bids are presented to Trustee and Buyer's offer is not the highest and best offer as determined by Trustee (whether by auction or otherwise), this Sale Contract shall terminate and Trustee shall refund the Deposit to Buyer.  Upon entry of the Sale Order, Trustee shall give notice, as necessary, to the managers and/or members of the Entities, as necessary, pursuant to and in accordance with the provisions of the respective Operating Agreement for each Entity.   In the event that a right of first refusal is exercised by either a manager and/or member of an Entity pursuant to Article IX or other applicable section of the Operating Agreement for the respective Entity, Trustee shall give written notice thereof to Buyer, and Buyer shall, within ten (10) days thereafter, elect to either terminate this Sale Contract and receive a return of the Deposit, proceed with this transaction subject to a reduction of the Purchase Price in the amount of $2,000 for each Entity for which a right of first refusal is exercised, or elect to go forward to purchase the Minority Interest(s) by increasing its offer for the Minority Interest(s) to exceed that of the party exercising its right of first refusal (whether by auction or otherwise).   In the event that a right of first refusal is successfully exercised for all of the Entities and Buyer does not elect to increase its offer to exceed the price offered by the party exercising a right of first refusal, this Sale Contract shall terminate and the Deposit shall be refunded to Buyer.  Notwithstanding the foregoing, at the time of the Closing on the sale of the Minority Interests (including pursuant to  a right of first refusal), Trustee shall pay to Buyer a stalking horse fee in the amount of $1,000.   Subject to the conditions set forth herein, the closing of the transactions contemplated herein (the "Closing") shall be held at the offices of the Buyer's attorney or at any other location mutually agreeable to the parties hereto, within three (3) days of the expiration of all right of first refusal periods required by Article IX or other applicable section of the respective Operating Agreements for the Entities (the "Closing Date").

5.     Representations and Warranties of the Trustee.    Trustee hereby represents and warrants to Buyer that Trustee has the legal right and authority to enter

-15-

into this Sale Contract and to consummate the sale of the Minority Interests, subject to the approval of the United States Bankruptcy Court for the Middle District of Florida.

6. <u>Deliveries at Closing</u>. To consummate the transactions contemplated by this Sale Contract the parties hereto will, on the Closing Date, execute and deliver, or cause to be executed and delivered, the following, each to the other, as required:

(a) <u>From Trustee to Buyer</u>. At Closing, Trustee shall duly execute and/or deliver to Buyer an executed Assignment of Minority Interests in a form acceptable to Trustee and Buyer, together with evidence from the United States Bankruptcy Court for the Middle District of Florida that the Buyer has been admitted as a substituted member of each of the Entities in accordance with the respective Operating Agreement and that Andrew Shumway has been terminated as a manager of each of the Entities.

(b) <u>From Buyer to Trustee</u>. At Closing, Buyer shall deliver to Trustee the Purchase Price in immediately available funds.

7. <u>Miscellaneous</u>.

(a) <u>Attorney Fees</u>. In connection with any litigation, including appellate proceedings, arising out of or under this Sale Contract, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs from the losing party. Except as otherwise provided in this Sale Contract, each party hereto shall bear its own attorneys' fees and any other professional fees associated with the transactions contemplated in this Sale Contract.

(b) <u>Entire Agreement</u>. This Sale Contract constitutes the entire agreement and understanding between the parties with respect to the subject matter hereof and supersedes any prior agreements and understandings related to such subject matter. Neither this Sale Contract nor any term or provision hereof may be changed, waived, discharged or terminated orally, but only by an instrument in writing signed by the party against which or whom enforcement of the change, waiver, discharge or termination is sought.

(c) <u>Notices</u>. All notices, requests, demands, elections and other communications permitted or required hereunder shall be in writing, signed by the party giving same, and shall be delivered personally or sent by United States certified mail, return receipt requested, postage prepaid, addressed to the other party as follows:

<div style="margin-left: 2em;">
If to Buyer:    Ashleigh Harp<br>
12850 Waterford Lakes Parkway<br>
Orlando, FL 32828
</div>

4843-9060-4295.1
44041/0002

| With a copy to: | Broad & Cassel |
| | Attn: Roy S. Kobert, P.A. |
| | 390 N. Orange Avenue |
| | Suite 1400 |
| | Orlando, FL 32801 |
| | |
| If to Trustee: | Carla P. Musselman, CPA, CFP |
| | Chapter 7 Trustee |
| | 1619 Druid Rd. |
| | Maitland, FL 32751 |

Any notice, request, demand, election or other communication so given shall be deemed to have been given and received as of the date the same is actually hand delivered or is deposited in the United States mail in the manner specified above. Any party may change the address to be used for notification purposes hereunder by providing written notice thereof to the other party.

(d)  Binding Effect. This Sale Contract shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, successors and assigns.

(e)  Governing Law. This Sale Contract shall be governed by and construed in accordance with the laws of the State of Florida. The parties specifically agree that venue and jurisdiction of any actions arising out of this Sale Contract shall lie exclusively in the United States Bankruptcy Court for the Middle District of Florida, and the parties specifically waive any other venue and jurisdiction.

(f)  Interpretation. Whenever the singular number is used in this Sale Contract and when required by the context the same shall include the plural and vice versa, and the masculine gender shall include the feminine and neuter genders and vice versa. The headings in this Sale Contract are inserted for convenience only are in no way intended to describe, interpret, define, or limit the scope, extent or intent of this Sale Contract or any provision thereof. In the event any one or more of the provisions contained in this Sale Contract shall for any reason be held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision of the Sale Contract, and this Sale Contract shall be construed as if the invalid, illegal, or unenforceable provision had never been included. In the event it is submitted that any term or condition of this Sale Contract is susceptible of more than one reasonable interpretation, then said term or condition shall not be construed against either party, notwithstanding that it was drafted in whole or in part by said party.

-17-

(g)   Time is of the Essence.  As to all performance dates contained in this Sale Contract, time is of the essence.

(h)   Counterparts.  This Sale Contract may be executed in one or more counterparts and/or by facsimile, each of which shall be deemed an original, and all of which when together shall constitute one and the same instrument.

(i)   Approval of Bankruptcy Court.  Notwithstanding anything contained herein to the contrary, the sale of the Minority Interests is subject to the notice and hearing requirements of the United States Bankruptcy Code and the entry of an order by the United States Bankruptcy Court approving the sale.

**IN WITNESS WHEREOF,** the parties hereto have fully executed and delivered this Sale Contract as of the day and year first above written.

TRUSTEE:                              BUYER:

_____              _____
Carla P. Musselman, CPA, CFP, Chapter    Ashleigh Harp
7 Trustee for the bankruptcy estate of
Andrew C. Shumway

-18-

Label Matrix for local noticing
113A-6
Case 6:10-bk-05601-ABB
Middle District of Florida
Orlando
Thu Aug 26 15:06:24 EDT 2010

AMSCOT Financial Corp
600 West Shore Blvd, Ste 1200
Tampa, FL 33609-1117

APW Real Estate Development
2266 Three Rivers Drive
Orlando, FL 32828-6417

AT&T Mobility c/o
Nationwide Recovery System
2304 Tarpley Drive, #134
Carrollton, TX 75006-2470

ATT Services, Inc. N
1025 Lennox Park Blvd., 9B43
Atlanta, GA 30319-5309

Alexander S. Douglas, II Esq.
Pohl & Short
280 W. Canton Ave., Suite 410
Winter Park, FL 32789-3168

Allianceone, Inc.
4850 E. Street Rd, Suite 300
Trevose, PA 19053-6643

Allied International
254 W. 31 St., 11th floor
New York, NY 10001-2813

American Collection Systems
Attn. R. Hartley
2500 Corporate Exchange Dr.
Columbus, Ohio 43231-7665

American Collection Systems
PO Box 1968
Southgate, MI 48195-0968

American Collection Systems
PO Box 29117
Columbus, OH 43229-0117

American General Finance
1544 S. French Avenue
Sanford, FL 32771-3307

Andrew C. Shumway
3440 N. Goldenrod Rd, # 427
Winter Park, FL 32792-8768

Appalachian Community Bank
109 Blue Ridge Drive
McCaysville, GA 30555-2767

Appalachian Community Bank
aka Gilmer Bank
PO Box 10
109 Blue Ridge Drive
McCaysville, GA 30555-2767

Appalachian Community Bank
c/o Bret T. Thrasher, Esq.
Thompson, OBrien, Et. Al., PC
40 Technology Prkwy S., # 300
Norcross, GA 30092-2924

Arkansas District Office
2120 Riverfront Dr., Suite 2
Little Rock, AR 72202-1436

Associated Credit Services
105B S. Street
PO Box 9100
Hopkinton, MA 01748-9100

Avalon Park Property
Owners Association, Inc.
c/o Leland Management
6972 Lake Glorida Blvd.
Orlando, FL 32809-3200

Avalon Park Property Owners
6972 Lake Gloria Blvd.
Orlando, FL 32809-3200

Avia Capital Partners, LLC
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828-7911

Avia Management, LLC
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828-7911

BAC Home Lns LP/Ctrywde
450 American Street
Simi Vallehy, CA 93065-6285

BAC Home Loan Services
450 American Way
Simi Valley, CA 93065-6285

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BB&T
PO Box 2067
Greenville, SC 29602-2067

BB&T Mortgage Repairing
PO Box 2027
Greenville, SC 29602-2027

BB&T Mortgage
PO Box 2167
Greenville, SC 29602-2167

BB&T of Tennessee
Business Loan Center
PO Box 530003
Charlotte, NC 28258-0003

BSCT Holdings, LLC
Attn. Raul Sacarras
3708 S. Conway Road
Orlando, FL 32812-7608

Baker Hostetler, LLP
Suntrust Center, Suite 2300
200 S. Orange Avenue
PO Box 112
Orlando, FL 32802-0112

Baldwin Accounting, CPA
5728 Major Boulevard, #501
Orlando, FL 32819-7970

Bank of America
1825 E. Buckeye Rd.
Phoenix, AZ 85034-4216

Bank of America
201 N. Tryon St.
Charlotte, NC 28202-2146

Bank of America
275 S. Valencia
Brea, CA 92823-6340

Bank of America
4060 Ogletown Stan
Newark, DE 19713

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410-8119

Bank of America
450 American Street
Simi Valley, CA 93065-6285

Bank of America
9000 Southside Blvd., Bldg 300
Jacksonville, FL 32256-0786

Bank of America
BAC Home Loans Servicing, LP
PO Box 660833
Dallas, TX 75266-0833

Bank of America
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Bank of America
PO Box 1598
Norfolk, VA 23501-1598

Bank of America Home Loan
via Countrywide
1515 Walnut Grove, Rm 162
Rosemead, CA 91770-3710

Barry Kalmanson, Esq.
500 N. Maitland Ave., Suite 305
Maitland, FL 32751-4463

Beverly Nairn
c/o Worldwide Capital Mortgage
1855 W. SR 434, Suite 267
Longwood, FL 32750-5070

Blue Ridge Georgia
Capital Partners, LLC
c/o Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828-7911

Branch BB&T
223 West Nash Street
Wilson, NC 27893-3801

Brent & Angela Baldasare
2806 Northampton Avenue
Orlando, FL 32828-7911

Brent Baldasare
2806 Northampton Avenue
Orlando, FL 32828-7911

Bright House Networks
4000 Central Florida Blvd.
Bldg. 132, Space D
Orlando, FL 32816-8005

Build-It Construction, Inc.
2266 Three Rivers Drive
Orlando, FL 32828-6417

CA/D. Michael Dendy, APLC
4340 S. Monaco St.
Denver, CO 80237-3485

CBC/Trustco Bank
320 State St.
Schenectady, NY 12305-2302

CBE Group Inc.
131 Tower Park Dr., Ste 100
Waterloo, IA 50701-9588

CBUSA/Sears
701 E. 60th St. North
PO Box 6241
Sioux Falls, SD 57117-6241

CCB Credit Services
1045 Outer Park Drive
Springfield, IL 62704-4463

CFP at UCF, LLC
d/b/a The Firkin & Knight
12850 Waterford Lakes Parkway Suite 10
Orlando, FL 32828-7098

CFP at UCF, LLC
dba The Firkin & Knight
c/o Paul Flesh
2266 Three Rivers Drive
Orlando, FL 32828-6417

CFP at Waterford, LLC
d/b/a The Firkin & Kegler
12850 Waterford Lakes Parkway, Suite 10
Orlando, FL 32828-7098

COMMUNITY & SOUTHERN BANK
c/o Thompson, O'Brien, Kemp & Nasuti, PC
40 Technology Parkway South
Suite 300
Norcross, GA 30092-2924

Cach, LLC
4340 S. Monaco St.
Denver, CO 80237-3485

Cahours Brothers
c/o Richard Bergholtz, Esq.
3747 Lake Center Drive
Mt. Dora, FL 32757-2363

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Cemex Construction Materials
Attn. Danielle Belcher
3626 Quadrangle Blvd, Ste 200
Orlando, FL 32817-8348

Central Florida Pubs, LLC
d/b/a Firkins Group of Pubs
12850 Waterford Lakes Prkwy
Orlando, FL 32828-7098

Charlton Stoner, PA
500 S. Pointe Dr., Suite 230
Miami Beach, Fl 33139-7318

Chase
11200 W. Parkland Avenue
PO Box 3139
Milwaukee, WI 53201-3139

Chase
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Chase
Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548

Chase - BP
PO Box 15298
Wilmington, DE 19850-5298

Chase-BP Private Label
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Choice Data
1014 Heiskell Avenue
Knoxville, TN 37921-1932

Citi
PO Box 44195
Jacksonville, FL 32231-4195

Citi
PO Box 6077
Sioux Falls, SD 57117-6077

Citi
PO Box 6500
Sioux Falls, SD 57117-6500

Citibank CBSD NA
701 E. 60th St. N.
Sioux Falls, SD 57104-0493

Citicards CBSDNA
PO Box 6500
c/o Citicorp
Sioux Falls, SD 57117-6500

Citicards/Citibank
PO Box 6241
Sioux Falls, SD 57117-6241

Citicorp Credit Services
PO Box 6142
Sioux Falls, SD 57117-6142

Citizens Auto Finance
480 Jefferson Blvd.
Warwick, RI 02886-1359

Citizens Auto Finance
PO Box 42002
Providence RI 02940-2002

Citizens Bank
1 Citizens Drive
Riversdale, RI 02915-3000

City Electric Supply
c/o Lewis W. Stone, Esq.
4850 N. Hwy. 19A
Mt. Dora, FL 32757-2008

City of Clermont
PO Box 120890
Clermont, FL 34712-0890

Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-9816

Client Services, Inc.
re:  Citibank MC
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047

Client Services, Inc.
re:  Macys/Dept. Stores
National Bank
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047

Client Services, Inc.
re: BP Amoco
3451 Harry S. Truman Blvd.
St. Charles, MO 63301-4047

Client Services, Inc./Citicards
re: Macys/Dept. Stores
National Bank
PO Box 1503
St. Peters, MO 63376-0027

Clifford J. Geismar
Crealde Executive Center
2431 Aloma Ave., Suite 114
Winter Park, FL 32792-2541

Collect America via Cach, LLC
4340 S. Monaco St.
Denver, CO 80237-3485

Concord Funding Group
57 Watermark Drive
Tiverton, RI 02878-4272

Corporate Kitchen Consultant
20 Steelcase Rd.
W. Unit 1C
Markham, ON L3R1B2

Countrywide/BAC
c/o Law Offices
of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

Craig Buschbom
2805 Northampton Avenue
Orlando, FL 32828-7912

Cranes Landing Apartments
3440 N Goldenrod Road
Winter Park FL 32792-8723

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007-1912

Creditors Financial
3131 S. Vaughn Way, Suite 12
Aurora, CO 80014-3511

DSNB/Macys
9111 Duke Blvd.
Mason, OH 45040-8999

Daniel Saile
2452 Bancroft Blvd. C39
Orlando, FL 32833-3807

Daniel Saile & Patricia Spinelli
2452 Bancroft Blvd. C39
Orlando, FL 32833-3807

David D. Howes
2114 The Oaks Blvd.
Kissimmee, FL 34746-3810

David Edmundson
623 Carey Way
Orlando, FL 32825-6916

Dennis Rakaukas
9904 Montclair Circle
Apopka, FL 32703-1969

Dillards
PO Box 981469
El Paso, TX 79998-1469

Joshua D. Donnelly
Law Offices of Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

EXPO - THD Consmr /CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

EXPO/ CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Edgewood Estates, LLC
c/o Brent & Angela Baldasare
2806 Northampton Avenue
Orlando, FL 32828-7911

Emerge
PO Box 105555
Atlanta, GA 30348-5555

Emerge/FNBO/CCRT
5 Concourse Pkwy, Ste. 400
Atlanta, GA 30328-9114

Encore Receivable
Management
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3330

Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL 32256-7412

Enhanced Recovery System
8014 Bayberry Road
Jacksonville, FL 32256-7412

Equifax Mortgage Services
1100 Peachtree St.
NE Ste.
Atlanta, GA 30309-4501

Equifax Mortgage Services
6 E. Clementon Rd., Suite A-2
Gibbsboro, NJ 08026-1174

Equity Auto Financing, Inc.
Attn. Lauren Wright
2718 W. Oakland Park Blvd.
Ft. Lauderdale, FL 33311-1336

Equity Residental P
6404 International Parkway
Suite 1500
Plano, TX 75093-8228

Eric Janowitz
2974 Sweet Spire Circle
Oviedo, FL 32766-6615

Eric Lerner
1405 - D Hiawassee Rd.
Orlando, FL 32835-5786

Experian Business Credit
600 City Parkway W. Suite 800
Orange, CA 92868-2948

FDIC
f/k/a OMNI Bank
Attn. Cole Kirk
Six Concourse Prkwy, # 2330
Atlanta, GA 30328-6117

FIA CSNA
400 Christina Rd., # MS70
Newark, DE 19702-3208

Factact Free Disclosure
PO Box 1000
Chester, PA 19016-1000

Fair Collect
12304 Baltimore Ave., Suite E
Beltsville, MD 20705-1314

Fair Collections & Outsourcing
12304 Baltimore Ave., Ste E
Beltsville, MD 20705-1314

Fifth Third Bank/BAC
c/o Law Offices of
Daniel C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

First USA
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Florida Bank of Commerce
1999 West Colonial Drive
Orlando, FL 32804-7045

Florida Bank of Commerce
John Brennan/Maureen Vitucci
301 E. Pine St., Suite 1400
PO Box 3068
Orlando, FL 32802-3068

Florida Bank of Commerce
c/o Craig E. Polejes
105 E. Robinson St., Ste 303
Orlando, FL 32801-1622

Florida Bank of Commerce
c/o John M. Brennan
PO Box 3068
Orlando, FL 32802-3068

Florida Bank of Commerce
c/o Maureen A. Vitucci
PO Box 3068
Orlando, FL 32802-3068

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Frank M. Wolff
Wolff, Hill, McFarlin/Herron, PA
1851 West Colonial Drive
Orlando, FL 32804-7013

G C Services
16 Concord St.
El Paso, TX 79906-4914

G C Services
4777 Hilton Corp. Dr.
Columbus, OH 43232-4152

G C Services
725 Tollgate Road
Suite E
Elgin, IL 60123-9335

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081-1108

GC Services Limited Partnership
Collection Agency Division
PO Box 26999
San Diego, CA 92196-0999

GE  Capital / Dillards
PO Box 981471
El Paso, TX 79998-1471

GE Money Bank
PO Box 530912
Atlanta GA 30353-0912

GEMB
PO Box 276
Dayton, OH 45401-0276

GEMB / Financing
PO Box 6153
Rapid City, SD 57709-6153

GEMB / Funancing
PO Box 6153
Rapid City, SD 57709-6153

GEMB/Dillards
PO Box 981469
El Paso, TX 79998-1469

GEMB/GE Money Bank Low
PO Box 103065
Roswell, GA 30076

GEMB/Lowes
PO Box 981400
El Paso, TX 79998-1400

GMAC
PO Box 105677
Atlanta, GA 30348-5677

GMAC
PO Box 380902
Bloomington, MN 55438-0902

Global Credit Collection
300 I-Drive, Suite 100
PMB 10015
Buffalo, NY 14221

H and H Stucco & Stone, Inc.
c/o Brian D. Solomon, PL
101 E. 13 Street
Saint Cloud, FL 34769-4749

HB Funding Inc.
7512 Dr. Phillips Blvd, Ste 50
Orlando, FL 32819-5420

Hartford South, LLC
Attn. Jay Rintelmann
7326 Orange Avenue
Orlando, FL 32809-6055

Hartford South, LLC
PO Box 593515
Orlando, FL 32859-3515

Hartford South, LLC
c/o B. McDowell, Esq.
Holland & Knight
200 S. Orange Ave, Ste 2600
Orlando, FL 32801-3453

Hinsdale Bank & Trust
25 E. 1st Street
Hinsdale, IL 60521-4119

Hinsdale Bank & Trust Company
c/o Donald Newman
11 S LaSalle St, Suite 1500
Chicago IL 60603-1224

Home Depot Credit Card Services
PO Box 689100
Des Moines, IA 50368-9100

Home Depot Credit Card Srvs.
Ccs Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Home Depot Credit Card Srvs.
PO Box 6925
The Lakes, NV 88901-6925

I. C. System, Inc.
444 Hwy. 96 East
PO Box 64887
St. Paul, MN 55164-0887

I.C. System Inc.
PO Box 64378
St. Paul, MN 55164-0378

I.C. System, Inc.
444 Hwy. 96 East
PO Box 64886
St. Paul, MN 55164-0886

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Interstruct, Inc.
Attn. Richard Monroe
121 S. Orange Ave, Ste 820N
Orlando, FL 32801-3233

Interstruct, Inc.
Attn. Ryan Young
121 S. Orange Ave, Ste 820N
Orlando, FL 32801-3233

J. W. Stephens
3387 E. 1st St.
Blue Ridge, GA 30513-7115

JP Morgan Chase
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Jackie D. Haun
3828 Lake Pickett Court
Orlando, FL 32820-1145

Jims Plumbing & Irrigation
6915 Partridge Lane
Orlando, FL 32807-5313

John Alexandrou
3925 Peppervine Drive
Orlando, FL 32828-7710

Jonathan & Arlene Noble
2500 Milvia Street, Suite 218
Berkeley, CA 94704-2636

Jeffry R Jontz
Swann & Hadley PA
1031 W Morse Boulevard
Post Office Box 1961
Winter Park, FL 32790-1961

Kenneth McKinney
10355 Stone Glen Drive
Orlando, FL 32825-8534

Kohls
PO Box 3004
Milwaukee, WI 53201-3004

Kohls / Chase
PO Box 3115
Milwaukee, WI 53201-3115

Kohls /Chase
N56W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051-5660

Kohls Corporate Offices
PO Box 2983
Milwaukee, WI 53201-2983

Kroll Factual Data/New Carlisl
5200 Hahns Peak Dr.
Federal Savings
Loveland, CO 80538-8852

LTD Financial Services LP
7322 S.W. Freeway, Ste 1600
Houston, TX 77074-2053

LTD Financial Services LP
7322 Southwest Fwy, Ste 1
Houston, TX 77074-2010

Law Offices of
McCalla Raymer, LLC
1544 Old Ababama Road
Roswell, GA 30076-2102

Leasing Innovations, Inc.
437 S. Hwy 101, Suite 104
Solana Beach, CA 92075-2219

Leasing Innovations, Inc.
87 Summer Street, 4th Flr
Boston, MA 02110-1208

Leasing Innovations, Inc.
c/o Kenneth Rubinstein, Esq.
Nelson, Kinder, et al, PC
99 Middle Street
Manchester, NH 03101-1955

Leland Management
6972 Lake Gloria Blvd
Orlando FL 32809-3200

Leon & Corina Sacco
2438 River Rise Court
Orlando, FL 32828-7788

Lewis W. Stone, Esq.
counsel for City Electric Supply
4850 N. Hwy 19A
Mt. Dora, FL 32757-2008

Linda D. Azwell
15600 SW 36 St.
Ocala, FL 34481-5903

Lisa A. Oonk, Esq. counsel for
H and H Stucco & Stone, Inc.
5201 W. Kennedy Blvd, Ste 450
Tampa, FL 33609-1861

MCM
Dept. 12421
PO Box 603
Oaks, PA 19456-0603

Macys
13141 34th Street North
Clearwater, FL 33762-4259

Macys / FDSB
9111 Duke Blvd.
Mason, OH 45040-8999

Macys/DSNB
9111 Duke Blvd.
Mason, OH 45040-8999

Matthew C. Westheimer
8515 W. McNab Road
Ft. Lauderdale, FL 33321-3209

Matthew Hand
2288 Holly Pine Circle
Orlando, FL 32820-2275

Midland Credit Management
8875 Aero Drive, Suite 2
San Diego, CA 92123-2251

Midland Credit Management
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Mountain Tracks Developing & Building, LLC
c/o J. W. Stephens, RA
3387 E. 1st St.
Blue Ridge, GA 30513-7115

Carla Musselman
1619 Druid Rd
Maitland, FL 32751-4211

NCO Financial Services
205 Prudential Road
Horsham, PA 19044

NCO Financial Services
PO Box 15630, Dept. 72
Wilmington, DE 19850-5630

NES - National Enterprise System
29125 Solon Rd.
Solon, OH 44139-3442

Nationwide Recovery System
2304 Tarpley Rd., Ste. 134
Carrollton, TX 75006-2470

Natures Estates Resort & Spa
c/o Brent Baldasare
2806 Northampton Ave.
Orlando, FL 32828-7911

Nelsen, Kinder et al
2 Oliver Street
Boston, Mass 02109-4901

North American Credit Service
PO Box 18221
2810 Walker Rd.
Chattanooga, TN 37421-1082

Northland Funding Gr
via Platinum Credit Financing
100 Broad Hollow Rd.,Ste 100
Farmingdale, NY 11735-4813

| | | |
|---|---|---|
| Northland Group<br>7831 Glenroy Road, Suite 145<br>Edina, MN 55439-3115 | OUC<br>PO Box 3193<br>Orlando, FL 32802-3193 | Ocala Equine Hospital<br>10855 NW US Hwy 27<br>Ocala, FL 34482-1842 |
| Omni National Bank<br>via Equifax Mortgage Service<br>6 E. Clementon Rd., Suite A2<br>Gibbsboro, NJ 08026-1174 | Orange County Tax Collector<br>Attn: Earl K. Wood<br>Post Office Box 2551<br>Orlando FL 32802-2551 | Our Fathers Properties, LLC<br>1705 E. Hwy. 50<br>Clermont, FL 34711-5186 |
| Oxford Management Service<br>135 Maxess Rd.<br>Melville, NY 11747-3801 | Paul C. Sorchy, II<br>1705 E. Hwy. 50, Suite B<br>Clermont, FL 34711-5186 | Paul W. Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828-6417 |
| Paul and Vanessa Flesh<br>2266 Three Rivers Drive<br>Orlando, FL 32828-6417 | Penn Credit Corporation<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Pinnacle Financial Group<br>7825 Washington Ave S, # 310<br>Minneapolis, MN 55439-2424 |
| Pinnacle Financial Group<br>Dept. 673, PO Box 4115<br>Concord, CA 94524-4115 | Platinum Credit Services<br>100 Broad Hollow Rd, Suite 1<br>Farmingdale, NY 11735-4813 | Pohl & Short<br>280 W Canton Ave Ste 410<br>Winter Park FL 32789-3168 |
| Prime Rate/BB&T<br>223 W. Nash Street<br>Wilson, NC 27893-3801 | Richard S. Bergholtz, Esq.<br>counsel for Cahours Bros.<br>3747 Lake Center Drive<br>Mt. Dora, FL 32757-2363 | Robert W. Banks c/o<br>R.W. Banks Real Estate Inc.<br>3022 Lakewood Lane<br>Hollywood, FL 33021-2643 |
| Ryan E. Davis, Esq.<br>counsel for Swell Construction<br>PO Box 1391<br>Orlando, FL 32802-1391 | SBA<br>409 3rd St. SW<br>Washington, DC 20416-0005 | Sallie Mae<br>11100 USA Pkwy.<br>Fishers, IN 46037-9203 |
| Sallie Mae LSCF<br>1002 Arthur Drive<br>Lynnhaven, FL 32444-1683 | Samuel T. Li<br>832 Monte Rosa Lane<br>Manteca, CA 95337-6690 | Scott. T. Frazier<br>Terry & Frazier, PA<br>125 E. Jefferson Street<br>Orlando, FL 32801-1803 |
| Sears<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Sears<br>c/o Citi<br>PO Box 6286<br>Sioux Falls, SD 57117-6286 | Sears/ CBSD<br>133200 Smith Road<br>Cleveland, OH 44130 |
| Sears/CBSD<br>701 E. 60th St. N<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Sears/Citibank<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Shmuel Goshen<br>749 De Soto Drive<br>Palo Alto, CA 94303-2807 |

Andrew C Shumway
3440 N Goldenrod Road Apt 427
Winter Park, FL 32792-8768

Stokes & Clinton PC
1000 Downtowner Blvd
Mobile AL 36609-5409

Sunrise Credit Services
260 Airport Plaza Blvd.
Farmingdale, NY 11735-3946

Suntrust Bank
CFG Collection Dept
1001 Semmes Avenue
Richmond, VA 23224-2245

Suntrust Bank
PO Box 85052
Richmond, VA 23285-5052

Suntrust Bank
c/o Corporate Creations Network, Inc., 1
Prosperity Farms Rd, # 221E
Palm Bch Gardens, FL 33410

Suntrust Banks of Florida, Inc.
200 S. Orange Avenue
Orlando, FL 32801-3410

Susan M. Collins
4124 Pebblebrook Ct.
Orlando, FL 32820-1408

Swell Construction
c/o Ryan E. Davis, Esq.
PO Box 1391
Orlando, FL 32802-1391

THD/CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Tek-Collect Inc.
PO Box 1269
Columbus, OH 43216-1269

The Dye Law Firm
236 East 5th Avenue
PO Box 4148
Tallahassee, FL 32315-4148

The Home Depot / CBSD
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Thompson, OBrien Kemp & Nasuti
40 Technology Prkwy S., # 300
Norcross, GA 30092-2924

Titanium Solutions, Inc.
5225 W. Wiley Post Way, # 150
Salt Lake City, UT 84116-3264

Todd M. Hoepker, PA
111 N. Orange Ave., Ste 1440
PO Box 3311
Orlando, FL 32802-3311

Tri Tech Air Conditioning
Attn. Barry Kalmanson, Esq.
500 N. Maitland Ave., Ste 305
Maitland, FL 32751-4463

Trustco Bank
P. O. Box 1961
Winter Park, FL 32790-1961

Trustco Bank
Attn. George Wickswat
3 Sarnowski Drive
Schenectady, NY 12302-3503

Trustco Bank
c/o Jeffry Jontz, Esq.
Swann & Hadley, PA
PO Box 1961
Winter Park, FL 32790-1961

U.S. Bank National Association, as Trustee,
c/o Law Office of Daniel C Consuegra
Daniel C Consuegra
9204 King Palm Drive
Tampa, Fl 33619-1328

UCF Convocation Corporation
Building 50
N. Gemini Blvd.
Orlando, FL 32816-0001

UCF Convocation Corporation
c/o Richard E. Mitchell, Esq.
301 E. Pine St., Suite 1400
PO Box 3068
Orlando, FL 32802-3068

US Bank National Association
c/o Law Offices of
Daneil C. Consuegra
9204 King Palm Drive
Tampa, FL 33619-1328

United Recovery Systems
5800 N. Course Drive
Houston, TX 77072-1613

United Recovery Systems
NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801-2440

Vanessa C. Flesh
2266 Three Rivers Drive
Orlando, FL 32828-6417

WFCB/Blair
PO Box 29239
Shawnee Mission, KS 66201-9239

WFFINANCE
800 Walnut St.
Des Moines, IA 50309-3504

WFNNB-WFCB/Alliance Data
4590 E. Broad St.
Columbus, OH 43213-1301

WFNNB/American Signature
4590 E. Broad Street
Columbus, OH 43213-1301

WFNNB/American Signature
PO Box 18273
Columbus, OH 43218

WLTMN, WNBRG
965 Keynote Circle
Independence, OH 44131-1829

WT Electrical Contractor, Inc.
Attn. Wilson Tabares
1990 S. Chickasaw Trail
Orlando, FL 32825-8408

Wachovia Bank, NA
450 American Street SV
Simi Valley, CA 93065-6285

Waterford Lakes Capital Partners
12850 Waterford Lakes Pkwy.
Orlando, FL 32828-7098

Wells Fargo Bank, NA
800 Walnut Street
MAC F4031-061
Des Moines, IA 50309-3605

Wells Fargo Fin. America, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2699

Wells Fargo Fin. National Bank
Central Processing
PO Box 7510
Urbandale, IA 50323-7510

Wells Fargo Financial
206 8th Street
Des Moines, IA 50309-3805

Wells Fargo Financial
2501 Seaport Dr., Suite BH-300
Chester, PA 19013-1893

Wells Fargo Financial
3310 N. Hayden Rd., Ste 107
Scottsdale, AZ 85251-6647

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Financial
MAC #F4031-080R
800 Walnut St.
Des Moines, IA 50309-3605

Wells Fargo Financial, Inc.
4143 121st St.
Urbandale, Iowa 50323-2310

Weltman, Weinberg & Reis
965 Keynote Circle
Independence, OH 44131-1829

Whitney & Patricia Harp
2589 Corbyton Court
Orlando, FL 32828-7516

Whitney Harp
2589 Corbyton Court
Orlando, FL 32828-7516

Woodbury LLC
3440 N. Goldenrod Rd., #427
Winter Park, FL 32792-8768

World Financial Network
National Bank Recovery
PO Box 182124
Columbus, OH 43218-2124

World Financial Network
National Bank Recovery
PO Box 182125
Columbus, OH 43218-2125

Zakheim and Associates
1045 S. University Dr., Ste 202
Plantation, FL 33324-3333

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T
223 West Nash Street
Wilson, NC 27893

(d)BB&T
PO Box 1626
Wilson, NC 27894-1626

(d)BB&T
PO Box 2306
Wilson, NC 27894

(d)BB&T
PO Box 698
Wilson, NC 27894-0698

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(d)Leon and Corina Sacco
2438 River Rise Court
Orlando, FL 32828-7788

End of Label Matrix
Mailable recipients      292
Bypassed recipients        2
Total                    294